UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DONALD J. TRUMP, <br><br> Plaintiff, <br><br> v. <br><br> HILLARY R. CLINTON, HFACC, INC., DEMOCRATIC NATIONAL COMMITTEE, DNC SERVICES CORPORATION, PERKINS COIE, LLC, MICHAEL SUSSMANN, MARC ELIAS, DEBBIE WASSERMAN SCHULTZ, CHARLES HALLIDAY DOLAN, JR., JAKE SULLIVAN, ADAM SCHIFF, JOHN PODESTA, ROBERT E. MOOK, PHILLIPE REINES, FUSION GPS, GLENN SIMPSON, PETER FRITSCH, NELLIE OHR, BRUCE OHR, DEFENDANT BUSINESS INTELLIGENCE, LTD., CHRISTOPHER STEELE, IGOR DANCHENKO, NEUSTAR, INC., NEUSTAR SECURITY SERVICES, RODNEY JOFFE, JAMES COMEY, PETER STRZOK, LISA PAGE, KEVIN CLINESMITH, ANDREW MCCABE, ROD ROSENSTEIN, JOHN DOES 1 THROUGH 10 (said names being fictitious and unknown persons), <br> and ABC CORPORATIONS 1 THROUGH 10 (said names being fictitious and unknown entities), <br><br> Defendants. | CASE NO. 2:22-cv-14102-DMM <br><br> <u>NOTICE OF CIVIL APPEAL</u> |

Notice is hereby given that Alina Habba, Habba Madaio & Associates, and Donald J. Trump appeal to the United States Court of Appeals for the Eleventh Circuit from the Sanctions Order of the Hon. Donald M. Middlebrooks entered on January 19, 2023 (ECF No. 302) in the instant action.

Dated: February 6, 2023                              Respectfully submitted,


                                                     /s/ Jared Roberts
                                                     Jared J. Roberts (FL Bar #1036550)
                                                     BINNALL LAW GROUP, PLLC
                                                     717 King Street, Suite 200
                                                     Alexandria, Virginia 22314
                                                     Tel: (703) 888-1943
                                                     Fax: (703) 888-1930
                                                     jared@binnall.com

                                                     *Counsel for Donald J. Trump, Alina Habba, and Habba Madaio & Associates*

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2023, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/ Jared Roberts
Jared J. Roberts

*Counsel for Donald J. Trump, Alina Habba, and Habba Madaio & Associates*