IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| Donald J. Trump,<br><br>    Plaintiff/Appellant,<br><br>v.<br><br>Hillary R. Clinton *et al.*,<br><br>    Defendants/Appellees. | Appeal No. 23-10387 |

### APPELLEE ROBERT MOOK'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. App. 26.1 and 11th Cir. R. 26.1-1(a), Appellee Robert Mook files this Certificate of Interested Persons and Corporate Disclosure Statement, listing the parties and entities interested in this appeal. Appellee Mook is aware of no individuals, entities, or publicly traded corporations who have an interest in the outcome of this case aside from those listed below and in the Certificate of Interested Persons and Corporate Disclosure Statement filed by Appellants Donald J. Trump, Alina Habba, and Habba Madaio & Associates on February 12, 2023.

Buchanan Ingersoll & Rooney, PC

Clifford Chance US, LLP

Debevoise & Plimpton LLP

Fridman Fels & Soto, PLLC

Gelber Schachter & Greenberg, PA

Greenberg Traurig, PA

Kaplan Hecker & Fink, LLP

Levy Firestone Muse LLP

Markus/Moss, PLLC

Orrick Herrington & Sutcliffe, LLP

Schertler Onorato Mead & Sears LLP

Weil Gotshal & Manges, LLP

Williams & Connolly LLP

Dated: March 8, 2023                      Respectfully submitted,

/s/      Wendy B. Reilly
Andrew J. Ceresney
Wendy B. Reilly
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, NY 10002
Tel: (212) 909-6000
aceresney@debevoise.com
wbreilly@debevoise.com


/s/      William R. Barzee
William R. Barzee
BARZEE FLORES
Courthouse Center, Penthouse One
40 NW Third Street
Miami, FL 33128
(305) 374–3998
williambarzee@barzeeflores.com

*Counsel for Defendant/Appellee Robert Mook*

## CERTIFICATE OF SERVICE

  The undersigned certifies that on the 8th day of March, 2023, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

                /s/  Wendy B. Reilly
                Wendy B. Reilly