_____

# No. 23-10387

In the

# United States Court of Appeals for the Eleventh Circuit

DONALD J. TRUMP,

                       Appellant,

v.

HILLARY R. CLINTON, et. al.,

                       Appellees.

On Appeal from the United States District Court
for the Southern District of Florida
District Court Case Number 2:22-CV-14102-DMM

**Appellee Hillary R. Clinton's Certificate
of Interested Persons and Corporate Disclosure Statement**

| | |
|---|---|
| David Oscar Markus | David E. Kendall |
| MARKUS/MOSS PLLC | Katherine M. Turner |
| 40 NW Third Street | Michael J. Mestitz |
| Penthouse One | WILLIAMS & CONNOLLY LLP |
| Miami, Florida 33128 | 680 Maine Ave SW |
| 305-379-6667 | Washington, DC 20024 |
| dmarkus@markuslaw.com | (202)434-5000 |
| | dkendall@wc.com |

*Attorneys for Appellee Hillary R. Clinton*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Appellee files this Certificate of Interested Persons and Corporate Disclosure Statement Appellant files this Certificate of Interested Persons and Corporate Disclosure Statement, listing the parties and entities interested in this appeal, as required by 11th Cir. R. 26.1.

Akerman, LLP

Barry, Stephen

Barzee Flores

Barzee, William R.

Berkowitz, Sean M.

Berman, Joshua Adam

Binnall Law Group, PLLC

Binnall, Jesse R.

Bosworth, Michael S.

Buchanan Ingersoll & Rooney, PC

Ceresney, Andrew J.

Clattenburg, Rachel

Clifford Chance US LLP

Clinton, Hillary R.

Colson Hicks Eidson

Crenny, Kevin P.

Crowley, Shawn Geovjian

Danchenko, Igor

Debevoise & Plimpton, LLP

Democratic National Committee

DNC Services Corporation

Dolan, Jr., Charles Halliday

Doumar, George R.A.

Eisen, Allison

Fassbender, Diana Marie

Feldman, Maximillian

Fels, Adam Seth

Fridman Fels & Soto, PLLC

Fritsch, Peter

Fusion GPS

Garcez, Isabela M.

Garza, Kathryn E.

Gelber Schachter & Greenberg, PA

Gibson Dunn & Crutcher, LLP

Gillenwater, James E.

Greenberg Traurig P.A.

Greenberg, Gerald Edward

Habba Madaio & Associates LLP

Habba, Alina

Haliczer Pettis & Schwamm, PA

Harrington, Howard J.

Hart, Nancy

HFAAC, Inc.

Holland & Knight, LLP

Houlihan, Michael F.

Hunt, Patrick, Honorable

Jenner & Block, LLP

Joffe, Rodney

Kaplan Hecker & Fink, LLP

Kaplan, Roberta A.

Kastrenakes, Eleni Sevasti

Kendall, David Evan

Kesl, Garrett Edward

Latham & Watkins LLP

Lett, Enjoliqué Dion A.

Levine, Jonathan Edward

Levy Firestone Muse LLP

Levy, Joshua

Lipshultz, Zachary Andrew

Madaio, Michael T.

Mahdavi Bacon Halfhill & Young, PLLC

Markus, David Oscar

Markus/Mos PLLC

Martinez, Roberto

McCarthy, John J.

McNichols, John Marcus

Meeks, Katherine Moran

Mestitz, Michael

Middlebrooks, Donald M. Honorable

Monsour, Jr. Franklin George

Mook, Robert E.

Neuman, Sarah E.

Neustar Security Services

Neustar, Inc.

Ohr, Bruce

Ohr, Nellie

Olmedo-Rodriguez, Jennifer

Orbis Business Intelligence, Ltd.

Orrick Herrington & Sutcliffe, LLP

Otterberg, April A.

Peacock, Benjamin

Pettis, Eugene K.

Pinto, Paola

Podesta, John

Reines, Phillipe

Rilley, Wendy B.

Roberts, Jared Joseph

Sainvil, Akiesha

Sasson, Jamie Alan

Schar, Reid J.

Schultz, Deborah Wasserman

Sigler, Geoffrey M.

Simpson, Glenn

Soto, Edward

Southall, Samantha

Stekloff, Brian L.

The Law Office of Joshua A. Berman, LLC

Ticktin Law Group, PA

Ticktin, Peter David

Trout, Robert P.

Trump, Donald J.

Turner, Katherine M.

Tyrrell, Steven

U.S. Attorney Service - Southern District of Florida

Warin, Francis Joseph

Weil Gotshal & Manges LLP

Wilkinson Stekloff, LLP

Williams & Connolly LLP

Respectfully submitted,

| | |
|---|---|
| David Oscar Markus | David E. Kendall |
| MARKUS/MOSS PLLC | Katherine M. Turner |
| 40 NW Third Street | Michael J. Mestitz |
| Penthouse One | WILLIAMS & CONNOLLY LLP |
| Miami, Florida 33128 | 680 Maine Ave SW |
| 305-379-6667 | Washington, DC 20024 |
| dmarkus@markuslaw.com | (202)434-5000 |
| | dkendall@wc.com |

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing was e-filed this 9th day of March, 2023.

<u>/s/ David Oscar Markus</u>
David Oscar Markus