IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| Donald J. Trump, | ) |
| | ) |
|     Plaintiff/Appellant, | ) |
| | ) |
| v. | )    Appeal No. 23-10387 |
| | ) |
| Hillary R. Clinton, et al., | ) |
| | ) |
|     Defendants/Appellees. | ) |

## APPELLEES JOHN PODESTA AND HFACC, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. App. 26.1 and 11th Cir. R. 26.1-1(a), Appellee HFACC, Inc., submits this notice stating that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock. Appellees HFACC, Inc., and John Podesta are aware of no individuals, entities, or publicly traded corporations who have an interest in the outcome of this case, aside from those listed in the disclosure statements previously filed by Appellants Donald J. Trump, Alina Habba, and Habba Madaio & Associates on February 12, 2023; and by Appellee Robert Mook on March 8, 2023.

Dated: March 9, 2022                                              Respectfully Submitted

                                                                            /s/Paola Pinto
                                                                            Paola Pinto
                                                                            Robert P. Trout
                                                                            SCHERTLER ONORATO MEAD & SEARS
                                                                            555 13th Street, N.W.
                                                                            Suite 500 West
                                                                            Washington, D.C.  20004
                                                                            Phone: (202) 628-4155
                                                                            ppinto@schertlerlaw.com
                                                                            rtrout@schertlerlaw.com

                                                                            *Attorneys for Appellees HFACC, Inc., and John Podesta*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2023, I caused to be filed electronically the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record on this matter who are on the CM/ECF system.

/s/ Paola Pinto
Paola Pinto
