No. 23-10387-J

# United States Court of Appeals for the Eleventh Circuit

---

DONALD J. TRUMP

*Appellant,*

v.

HILLARY R. CLINTON, ET. AL.,

*Appellees*

---

Appeal from the United States District Court for the
Southern District of Florida No. Number 2:22-CV-14102-DMM

---

**APPELLEE RODNEY JOFFE'S CERTIFICATE OF INTERESTED
PERSONS AND CORPORATE DISCLOSURE STATEMENT**

---

Edward Soto
WEIL, GOTSHAL & MANGES LLP
1395 Brickell Avenue, Suite 1200
Miami, FL 33131
Telephone: (305) 577-3100
Edward.Soto@weil.com

Steven A. Tyrrell
WEIL, GOTSHAL & MANGES LLP
2001 M Street, N.W., Suite 600
Washington, D.C. 20036
Telephone: (202) 682-7000
Steven.Tyrrell@weil.com

*Counsel for Rodney Joffe*

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

Appellee Rodney Joffe files this Certificate of Interested Persons and Corporate Disclosure Statement Appellant files this Certificate of Interested Persons and Corporate Disclosure Statement, listing the parties and entities interested in this appeal, as required by 11th Cir. R. 26.

1. ABC Corporations

2. Aytch, Enjolique Dion

3. Barry, Stephen

4. Barzee, William R.

5. Berkowitz, Sean M.

6. Berman, Joshua Adam

7. Binnall, Jesse R.

8. Bosworth, Michael S.

9. Borzinski, Noah

10. Ceresney, Andrew J.

11. Clattenburg, Rachel

12. Clinesmith, Kevin

13. Clinton, Hillary R.

14. Comey, James

15. Crenny, Kevin P.

16. Crowley, Shawn Geovjian

17. Danchenko, Igor

1

18. Democratic National Committee

19. DNC Services Corporation

20. Dolan, Jr., Charles Halliday

21. Doumar, George R.A.

22. Eisen, Allison

23. Elias, Marc

24. Epps, Alexandra N.

25. Erickson-Pogorzelski, Anthony

26. Fassbender, Diana Marie

27. Feldman, Maximillian

28. Fels, Adam Seth

29. Fritsch, Peter

30. Fusion GPS

31. Garcez, Isabela M.

32. Garza, Kathryn E.

33. Gillenwater, James E.

34. Gonzalez, Juan Antonio

35. Greenberg, Gerald Edward

36. Habba, Alina

37. Harrington, Howard J.

38. Hart, Nancy

39. HFAAC, Inc.

40. Houlihan, Michael F.

41. Hunt, Patrick, Honorable

42. Joffe, Rodney

43. Kaplan, Roberta A.

44. Kastrenakes, Eleni Sevasti

45. Kendall, David Evan

46. Kiyonaga, Paul Y.

47. Klauber, Douglas

48. Levine, Jonathan Edward

49. Levy, Joshua

50. Lipshultz, Zachary Andrew

51. Madaio, Michael T.

52. Markus, David Oscar

53. Martinez, Roberto

54. McCabe, Andrew

55. McNichols, John Marcus

56. Meeks, Katherine Moran

57. Mestitz, Michael

58. Middlebrooks, Donald M. Honorable

59. Monsour, Jr. Franklin George

60. Mook, Robert E.

61. Muha, Christopher

62. Neuman, Sarah E.

63. Neustar Security Services

64. Neustar, Inc.

65. Ohr, Bruce

66. Ohr, Nellie

67. Olmedo-Rodriguez, Jennifer

68. Orbis Business Intelligence, Ltd.

69. Otterberg, April A.

70. Page, Lisa

71. Peacock, Benjamin

72. Perkins Coie, LLC.

73. Pettis, Eugene K.

74. Pinto, Paola

75. Pittard, William

76. Podesta, John

77. Reines, Phillipe

78. Riley, Wendy B.

79. Roberts, Jared Joseph

80. Sainvil, Akiesha Renee Gilcrist

81. Salzman, Joshua M.

82. Sasson, Jamie Alan

83. Schar, Reid J.

84. Schiff, Adam

85. Schultz, Deborah Wasserman

86. Sigler, Geoffrey M.

87. Simpson, Glenn

88. Soto, Edward

89. Southall, Samantha

90. Steele, Christopher

91. Stekloff, Brian L.

92. Strzok, Peter

93. Sullivan, Jake

94. Sussman, Michael

95. Terrell, Stephen R.

96. The Ticktin Law Group

97. Ticktin, Peter David

98. Touhey, James G.

99. Trout, Robert P.

100.    Trump, Donald J.

101.    Turner, Katherine M.

102.    Tyrrell, Steven

103.    Warin, Francis Joseph

Respectfully submitted,

Edward Soto
WEIL, GOTSHAL & MANGES LLP
1395 Brickell Avenue, Suite 1200
Miami, FL 33131
Telephone: (305) 577-3100

*/s/ Steven A. Tyrrell*
Steven A. Tyrrell
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
(202) 682-7000
Steven.Tyrrell@weil.com

March 9, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to all ECF participants.

*/s/ Steven A. Tyrrell*

Steven A. Tyrrell
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
(202) 682-7000
Steven.Tyrrell@weil.com

March 9, 2023