IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| Donald Trump, et al,<br><br>        Plaintiffs/Appellants,<br><br>  v.<br><br>Hillary Clinton, et al,<br><br>        Defendants/Appellee. | Appeal No. 23-110387 |

## APPELLEE IGOR DANCHENKO'S
## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Fed. R. App. 26.1 and 11th Cir. R. 26.1-1(a), Appellee Igor Danchenko submits this notice stating that he is aware of no individuals, entities, or publicly-traded corporations who have an interest in the outcome of this case, aside from those listed in the disclosure statements previously filed by Appellees Hillary R. Clinton; Neustar, Inc.; and Neustar Security Services; and by Appellant Donald J. Trump.

Dated: March 9, 2023

Respectfully Submitted,

 /s/ Franklin Monsour Jr.
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019
Tel.: 212-506-3512
fmonsour@orrick.com

*Attorney for Defendant-Appellee Igor Danchenko*

1

## CERTIFICATE OF SERVICE

I certify that, on March 9, 2023, the foregoing was filed using the Court's CM/ECF system which will send a copy to all counsel of record.

 /s/ Franklin Monsour Jr.
Franklin Monsour Jr.
