IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

Donald Trump, *et al.,*

        Plaintiffs/Appellants,

  v.

Hillary Clinton *et al.*,

        Defendants/Appellees.

Appeal No. 23-110387

## APPELLEES BRUCE AND NELLIE OHR'S CERTIFICATE OF INTERESTED PERSONS

Pursuant to Fed. R. App. 26.1 and 11th Cir. R. 26.1-1(a), Appellees Bruce and Nellie Ohr submit this notice stating that they are aware of no individuals, entities, or publicly traded corporations who have an interest in the outcome of this case, aside from those listed in the disclosure statements previously filed by Appellees Hillary Clinton; Neustar, Inc.; and Neustar Security Services; and by Appellant Donald Trump.

Dated: March 9, 2023

                                              Respectfully Submitted,

                                              By: /s/ Adam S. Fels
                                              FRIDMAN FELS & SOTO, PLLC
                                              150 Alhambra Circle, Ste. 715
                                              Coral Gables, FL 33134
                                              Tel: 305-569-7701
                                              afels@ffslawfirm.com
                                              *Attorney for Bruce and Nellie Ohr*

## **CERTIFICATE OF SERVICE**

I certify that, on March 9, 2023, the foregoing was filed using the Court's CM/ECF system which will send a copy to all counsel of record.

/s/ Adam S. Fels
Adam S. Fels
