IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| Donald Trump, *et al.*, <br><br>　　　　　Plaintiffs/Appellants, <br><br>　v. <br><br>Hillary Clinton *et al.*, <br><br>　　　　　Defendants/Appellees. | Appeal No. 23-110387 |

### APPELLEES FUSION GPS'S, GLENN SIMPSON, AND PETER FRITSCH'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. App. 26.1 and 11th Cir. R. 26.1-1(a), Appellee Bean LLC d/b/a Fusion GPS states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock. Appellees Fusion GPS, Glenn Simpson, and Peter Fritsch further state they are aware of no individuals, entities, or publicly traded corporations who have an interest in the outcome of this case, aside from those listed in the disclosure statements previously filed by Appellees Hillary Clinton; Neustar, Inc.; and Neustar Security Services; and by Appellant Donald Trump.

Dated: March 9, 2023　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　By: /s/ Adam S. Fels
　　　　　　　　　　　　　　　　　　　FRIDMAN FELS & SOTO, PLLC
　　　　　　　　　　　　　　　　　　　150 Alhambra Circle, Ste. 715
　　　　　　　　　　　　　　　　　　　Coral Gables, FL 33134
　　　　　　　　　　　　　　　　　　　Tel: 305-569-7701
　　　　　　　　　　　　　　　　　　　afels@ffslawfirm.com
　　　　　　　　　　　　　　　　　　　*Attorney for Defendants-Appellees*
　　　　　　　　　　　　　　　　　　　*Fusion GPS, Simpson, and Fritsch*

## CERTIFICATE OF SERVICE

I certify that, on March 9, 2023, the foregoing was filed using the Court's CM/ECF system which will send a copy to all counsel of record.

/s/ Adam S. Fels
Adam S. Fels
