UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

DONALD J. TRUMP,

        Appellant,

  v.

HILLARY R. CLINTON, *et al.*,

        Appellees.

Appeal No. 23-10387

APPELLEES DEMOCRATIC NATIONAL COMMITTEE, DNC SERVICES CORPORATION, AND DEBBIE WASSERMAN SCHULTZ'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PERSONS

Gerald Edward Greenberg
GELBER SCHACHTER & GREENBERG PA
One Southeast Third Avenue
Suite 2600
Miami, FL 33131-1715
Phone: (305) 728-0950
ggreenberg@gsgpa.com

Roberta A. Kaplan
Shawn G. Crowley
KAPLAN HECKER & FINK LLP
350 5th Avenue, 63rd Floor
New York, NY 10118
Phone: (212) 763-0883
rkaplan@kaplanhecker.com
scrowley@kaplanhecker.com

Carmen Iguina González
KAPLAN HECKER & FINK LLP
1050 K Street NW, Suite 1040
Washington, D.C. 20001
Phone: (212) 763)-0883
ciguinagonzalez@kaplanhecker.com

*Attorneys for Appellees Democratic National Committee, DNC Services Corporation, and Debbie Wasserman Schultz*

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1, Appellees Democratic National Committee and DNC Services Corporation certify that they are not publicly traded and have no parent corporations and that no publicly held corporation owns more than 10% of their stock.

# CERTIFICATE OF INTERESTED PERSONS

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1, Appellees Democratic National Committee, DNC Services Corporation, and Debbie Wasserman Schultz certify that the following is a complete list of all interested persons:

ABC Corporations

Aytch Lett, Enjolique D.

Berman, Joshua Adam

Binnall, Jesse R.

Buchanan Ingersoll & Rooney, PC

Ceresney, Andrew J.

Clattenburg, Rachel

Clifford Chance US, LLP

Clinton, Hillary R.

Crenny, Kevin P.

Crowley, Shawn Geovjian

Danchenko, Igor

Debevoise & Plimpton LLP

Democratic National Committee

DNC Services Corporation

Does, John

Eisen, Allison

Erickson-Pogorzelski, Anthony

Fassbender, Diana Marie

Feldman, Maximillian

Fels, Adam Seth

Fridman Fels & Soto, PLLC

Fritsch, Peter

Fusion GPS

Garcez, Isabela M.

Garza, Kathryn E.

Gelber Schachter & Greenberg, PA

Gillenwater, James E.

Greenberg, Gerald Edward

Greenberg Traurig, PA

Habba, Alina

HFACC, Inc.

Hunt, Hon. Patrick

Iguina González, Carmen

Joffe, Rodney

Kaplan, Roberta A.

Kaplan Hecker & Fink, LLP

Kendall, David Evan

Klauber, Debra Potter

Levy, Joshua

Levy Firestone Muse LLP

Madaio, Michael T.

Markus, David Oscar

Markus/Moss, PLLC

McNichols, John Marcus

Mestitz, Michael

Middlebrooks, Hon. Donald M.

Monsour, Franklin George, Jr.

Mook, Robert E.

Neustar Security Services

Neustar, Inc.

Ohr, Bruce

Ohr, Nellie

Olmedo-Rodriguez, Jennifer

Orbis Business Intelligence, Ltd.

Orrick Herrington & Sutcliffe, LLP

Peacock, Benjamin

Pinto, Paola

Podesta, John

Reilly, Wendy B.

Roberts, Jared Joseph

Sainvil, Akiesha Renee Gilcrist

Sasson, Jamie Alan

Schertler Onorato Mead & Sears LLP

Schultz, Debbie Wasserman

Simpson, Glenn

Soto, Edward

Southall, Samantha

Terrell, Stephen R.

Ticktin, Peter David

Trout, Robert P.

Trump, Donald J.

Turner, Katherine M.

Tyrrell, Steven

Weil Gotshal & Manges, LLP

Williams & Connolly LLP

Dated: March 9, 2023

Respectfully submitted,

*/s/Gerald E. Greenberg*
Gerald E. Greenberg
Florida Bar No. 440094
ggreenberg@gsgpa.com
GELBER SCHACHTER & GREENBERG, P.A.
SunTrust International Center
One Southeast Third Avenue, Suite 2600
Miami, FL 33131-1715
Phone: (305) 728-0950
E-service: efilings@gsgpa.com

Roberta A. Kaplan
Shawn G. Crowley
KAPLAN HECKER & FINK LLP
350 5th Avenue, 63rd Floor
New York, NY 10118
Phone: (212) 763-0883
rkaplan@kaplanhecker.com
scrowley@kaplanhecker.com

Carmen Iguina González
KAPLAN HECKER & FINK LLP
1050 K Street NW, Suite 1040
Washington, D.C. 20001
Phone: (212) 763)-0883
ciguinagonzalez@kaplanhecker.com

*Attorneys for Appellees Democratic National Committee, DNC Services Corporation, and Debbie Wasserman Schultz*

## CERTIFICATE OF COMPLIANCE

This document complies with the typeface and type-style requirements of Fed. R. App. P. 32(a)(5) and Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

*/s/Gerald Edward Greenberg*
Gerald Edward Greenberg

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 9, 2023, I electronically filed the foregoing document with the Clerk of Court for the United States Court of Appeals for the Eleventh Circuit by using the court's CM/ECF system, which will send by e-mail a notice of docketing activity to all counsel of record.

/s/ *Gerald Edward Greenberg*
Gerald Edward Greenberg