IN THE UNITED STATES COURTS OF APPEALS
FOR THE ELEVENTH CIRCUIT

Donald J. Trump,

        Plaintiff/Appellant,

  v.

Hillary R. Clinton *et al.*,

        Defendants/Appellees.

Appeal No. 23-10387

## APPELLEE NEUSTAR, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. App. P. 26.1 and 11th Cir. R. 26.1-1(a), Neustar, Inc. discloses that it is a wholly owned subsidiary of TransUnion. TransUnion is a publicly traded entity (TRU). Investment funds affiliated with T. Rowe Price Group, Inc. (TROW), a publicly traded entity, own more than 10% of TransUnion's stocks.

Dated: March 9, 2023

Respectfully submitted,

By: */s/ Samantha L. Southall*
    Samantha L. Southall
    **BUCHANAN INGERSOLL & ROONEY PC**
    50 S. 16th Street, Suite 3200
    Philadelphia, PA 19102
    samantha.southall@bipc.com
    Tel: (215) 665-8700
    Fax (215) 667-8760

*/s/ Jennifer Olmedo-Rodriguez*
Jennifer Olmedo-Rodriguez (FBN 605158)
**BUCHANAN INGERSOLL & ROONEY PC**
2 South Biscayne Blvd., Suite 1500
Miami, Florida 33131
jennifer.olmedo-rodriguez@bipc.com
Tel: (305) 347-4080
Fax: (305) 347-4089

*Attorneys for Defendant Neustar, Inc.*

4870-5382-0987, v. 2