IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

Donald J. Trump

    Plaintiff/Appellant,

v.

                                  Appeal No. 23-10387

Hillary R. Clinton, *et al,*

    Defendants/Appellees.
_____/

## APPELLEE ORBIS BUSINESS INTELLIGENCE LTD'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. App. P. 26.1 and 11th Cir. R. 26.1-1(a), Appellee Orbis Business Intelligence Ltd. states that it is a private limited corporation formed under the laws of England and wholly owned by Orbis Business International Ltd., which is also a private limited corporation formed under the laws of England. There is no publicly held corporation that owns 10% or more of its stock.

Appellee Orbis Business Intelligence Ltd. further states that it is aware of no individuals, entities, or publicly-traded corporations who have an interest in the outcome of this case aside from those listed in the disclosure statements previously filed by Appellees Hillary R. Clinton; Neustar, Inc.; and Neustar Security Services; Appellee Michael Sussman; and by Appellant Donald J. Trump.

Dated: March 9, 2023               Respectfully submitted,

/*s/ Enjoliqué Aytch Lett*
ENJOLIQUÉ AYTCH LETT, Esq.
Florida Bar No. 0104881
Email: Enjolique.Lett@gtlaw.com
AKIESHA GILCRIST SAINVIL, Esq.
Florida Bar No. 1003260
Email: Akiesha.Sainvil@gtlaw.com
**GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

*Counsel for Defendant*
*Orbis Business Intelligence Ltd.*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on March 9, 2023, the foregoing was filed using the Court's CM/ECF system which will send a copy to all counsel of record.

*/s/ Enjoliqué Aytch Lett*
ENJOLIQUÉ AYTCH LETT, Esq.