IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| Donald J. Trump,<br><br>                Plaintiff,<br><br>     v.<br><br>Hillary R. Clinton *et al.*,<br><br>                Defendants. | Appeal No. 23-10387 |

## APPELLEE NEUSTAR SECURITY SERVICES' CERTIFACTE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. App. P. 26.1 and 11th Cir. R. 26.1-1(a), Neustar Security Services discloses that it is a wholly owned subsidiary of Aerial Security Intermediate, LLC. Aerial Security Intermediate, LLC is privately held and does not have any outstanding securities in the hands of the public.

Dated: March 9, 2023

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: /s/ John M. McNichols
John M. McNichols
Allison S. Eisen
Kathryn E. Garza
680 Maine Ave. S.W.
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
jmcnichols@wc.com

*Attorneys for Neustar Security Services*