In the

# United States Court of Appeals

### For the Eleventh Circuit

————————————

No. 22-13410

————————————

DONALD J. TRUMP,

Plaintiff-Appellant,

*versus*

HILLARY R. CLINTON,
DEMOCRATIC NATIONAL COMMITTEE,
HFACC, INC.,
DNC SERVICES CORPORATION,
PERKINS COIE, LLC, et al.,

Defendants-Appellees.

2                          Order of the Court                    22-13410

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 2:22-cv-14102-DMM

_____

_____

No. 22-14099

_____

DONALD J. TRUMP,

                                                        Plaintiff,

ALINA HABBA,
MICHAEL T. MADAIO,
HABBA MADAIO & ASSOCIATES,
PETER TICKTIN,
JAMIE A. SASSON,
THE TICKTIN LAW GROUP, et al.,

                                            Plaintiffs-Appellants

*versus*

HILLARY R. CLINTON, et al.,

22-13410                Order of the Court                3

                                        Defendants,

CHARLES HALLIDAY DOLAN JR.,

                                    Defendant-Appellee.


_____


Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 2:22-cv-14102-DMM

_____


_____

No. 23-10387

_____

DONALD J. TRUMP,

                                Plaintiff-Appellant,

ALINA HABBA,
HABBA MADAIO & ASSOCIATES,

                            Interested Parties-Appellants,

*versus*

4                      Order of the Court                      22-13410

HILLARY R. CLINTON,
DEMOCRATIC NATIONAL COMMITTEE,
HFACC, INC.,
DNC SERVICES CORPORATION,
DEBORAH WASSERMAN SCHULTZ, et al.,

                                        Defendants-Appellees,

PERKINS COIE, LLC, et al.,

                                        Defendants.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 2:22-cv-14102-DMM

_____

22-13410                Order of the Court                5

ORDER:

The motion for an extension of time to and including July 11, 2023 to file Appellees' joint response to Appellants' motion for judicial notice is GRANTED.


/s/ Adalberto Jordan
UNITED STATES CIRCUIT JUDGE