# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| DONALD TRUMP, et al., | |
| Appellant, | |
| v. | **Cons. Nos: 22-13410-HH; 22-14099-HH; 23-10387-J** |
| HILLARY CLINTON, et al., | |
| Appellees. | |
| DONALD TRUMP, et al., | |
| Appellants, | |
| v. | **No: 23-13177-J** |
| HILLARY CLINTON, et al., | |
| Appellees. | |

## MOTION FOR CONSOLIDATION OF APPEALS

# APPELLANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Appellants Donald J. Trump, Alina Habba, Michael T. Madaio, Habba Madaio & Associates, Peter Ticktin, Jamie Alan Sasson, and The Ticktin Law Group include this Certificate of Interested Persons and Corporate Disclosure Statement, listing the parties and entities interested in this appeal, as required by 11th Cir. R. 26.1. Appellants certify that this is a complete list.

ABC Corporations

Aytch, Enjolique Dion

Barry, Stephen

Barzee, William R.

Berkowitz, Sean M.

Berman, Joshua Adam

Binnall, Jesse R.

Bosworth, Michael S.

Brozinsky, Noah

Ceresney, Andrew J.

Clattenburg, Rachel

Clinesmith, Kevin

Clinton, Hillary R.

Comey, James

Crenny, Kevin P.

Crowley, Shawn Geovjian

Danchenko, Igor

Democratic National Committee

DNC Services Corporation

Does' John

Dolan, Jr., Charles Halliday

Doumar, George R.A.

Eisen, Allison

Elias, Marc

Epps, Alexandra N.

Erickson-Pogorzelski, Anthony

Fassbender, Diana Marie

Feldman, Maximillian

Fels, Adam Seth

Fritsch, Peter

Fusion GPS

Garcez, Isabela M.

Garza, Kathryn E.

Gillenwater, James E.

Gonzalez, Juan Antonio

Greenberg, Gerald Edward

Habba, Alina

Habba Madaio & Associates

Harrington, Howard J.

Hart, Nancy

HFAAC, Inc.

Houlihan, Michael F.

Hunt, Patrick, Honorable

Joffe, Rodney

Kaplan, Roberta A.

Kastrenakes, Eleni Sevasti

Kendall, David Evan

Kiyonaga, Paul Y.

Klauber, Debra

Letter, Douglas

Levine, Jonathan Edward

Levy, Joshua

Lipshultz, Zachary Andrew

Madaio, Michael T.

Markus, David Oscar

Martinez, Roberto

McCabe, Andrew

McCarthy, John

McNichols, John Marcus

Meeks, Katherine Moran

Mestitz, Michael

Middlebrooks, Donald M. Honorable

Monsour, Jr. Franklin George

Mook, Robert E.

Muha, Christopher

Neuman, Sarah E.

Neustar Security Services

Neustar, Inc.

Ohr, Bruce

Ohr, Nellie

Olmedo-Rodriguez, Jennifer

Orbis Business Intelligence, Ltd.

Otterberg, April A.

Page, Lisa

Peacock, Benjamin

Perkins Coie, LLC.

Pettis, Eugene K.

Pinto, Paola

Pittard, William

Podesta, John

Reines, Phillipe

Reilly, Wendy B.

Roberts, Jared Joseph

Rosenstein, Rod

Sainvil, Akiesha Renee Gilcrist

Sasson, Jamie Alan

Schar, Reid J.

Schiff, Adam

Schultz, Deborah Wasserman

Sigler, Geoffrey M.

Simpson, Glenn

Soto, Edward

Southall, Samantha

Steele, Christopher

Stekloff, Brian L.

Strzok, Peter

Sullivan, Jake

Sussman, Michael

Terrell, Stephen R.

The Ticktin Law Group

Ticktin, Peter David

Touhey, James G.

Trout, Robert P.

Trump, Donald J.

Turner, Katherine M.

Tyrrell, Steven

Warin, Francis Joseph

      No publicly traded corporation or company has an interest in the outcome of this case or appeal.

## MOTION FOR CONSOLIDATION OF APPEALS
## AND FOR A NEW BRIEFING SCHEDULE

Appellants President Donald J. Trump, Alina Habba, Michael T. Madaio, Habba Madaio & Associates, Peter Ticktin, Jamie Alan Sasson, and The Ticktin Law Group, by and through counsel, hereby move this Court to consolidate their respective appeals pursuant to Fed. R. App. P. 3(b), and to set a new briefing schedule to allow for Appellants to fully brief the arguments of a consolidated appeal. The clerk of this Court may consolidate these appeals pursuant to 11th Cir. R. 27-1(c)(4).

On October 11, 2022, Appellant Donald J. Trump filed his notice of appeal of the district court's order granting Appellee's motion to dismiss, now docketed at 22-13410. Subsequently, on December 9, 2022, Appellants Alina Habba, Michael T. Madaio, Habba Madaio & Associates, Peter Ticktin, Jamie Alan Sasson, and The Ticktin Law Group filed their notice of appeal of the district court's order granting sanctions against them, now docketed at 22-14099. This Court consolidated both appeals into one on January 13, 2023, with the new docket number being Cons. Nos. 2-13410-HH; 22-14099 -HH.

Thereafter, the district court entered an additional sanctions order against Appellants Alina Habba, Habba Madaio & Associates, and Donald J. Trump. In turn, Appellants filed their notice of appeal of the district court's order on January 23, 2023, which became docketed at 23-10387-J. On March 31, 2023, this Court

1

consolidated that appeal with the previously consolidated appeal, making the new docket number Cons. Nos. 2-13410-HH; 22-14099 -HH; 23-10387-J.

Recently, the district court denied motions from Appellants Alina Habba, Michael T. Madaio, Habba Madaio & Associates, Peter Ticktin, Jamie Alan Sasson, and The Ticktin Law Group for disqualification and for an indicative ruling on their Rule 60(b) motion. Appellants filed their notice of appeal to these denials on September 27, 2023, which is now docketed before this Court at 23-13177-J.

This motion is made on the grounds that the questions involved in these appeals are so related as to make consolidation of the appeals advisable and that such consolidation will expedite the consideration of the appeals while also conserving judicial and legal resources. The underlying issues in these appeals center on the viability of the legal claims in President Trump's Amended Complaint. President Trump's appeal of the district court's order granting the motion to dismiss, originally docketed at 22-13410 prior to consolidation, focuses on showing that the claims were not frivolous and were properly pled. *See generally* Exhibit A. In its first sanctions order, prompting the appeal originally docketed at 23-14099 prior to consolidation, the district court held that sanctions were appropriate because the claims in President Trump's Amended Complaint had no reasonable chance of success, and there was not a reasonable argument to change existing law. Exhibit B at 9. The District Court then went on to say that each claim was frivolous and well-settled. *Id.* at 14. In the

2

second sanctions order in the district court, originally docketed at 23-10387-J, Appellants likewise must show that the claims were not frivolous and had merit. *See generally* Exhibit C.

Now, in this final appeal, docketed at 23-13177-J, the appeal centers on whether Appellants' claims remain frivolous in the light of new evidence, as well as whether Judge Middlebrooks was required to disqualify himself in light of his previous comments. *See generally* Exhibits D and E. Appealing a denial of an indicative ruling order is commonplace. *See Munoz v. United States*, 451 Fed. Appx. 818, 820 (11th Cir. 2011). This is the appropriate procedure for a party proffering new evidence. *Franken v. Mukamal*, 449 Fed. Appx. 776, 779 n.2 (11th Cir. 2011). As demonstrated in the Ninth Circuit, circuit courts may review the newly discovered evidence on appeal of a denied motion for an indicative ruling and make its own assessment of the new evidence and whether it would change the disposition of the case. *See Ping Shun Corp. v. Imperial Pacific Int'l (CNMI), LLC*, 2022 WL 2828226, at *1 (9th Cir. Jul. 20, 2022) (finding that the district court erred in holding that the newly discovered evidence would not change the outcome of the case). Thus, the Durham Report, the basis for Appellants' Rule 62.1 motion, is unquestionably properly before this Court now, and it is appropriate for this Court to consider the Durham Report to determine whether this newly discovered evidence changes the outcome of this dispute, which, ultimately, impacts the other appeals in this matter.

3

Judicial economy would be best served by hearing this issue just once, as opposed to in multiple appeals, as the outcome of one issue largely hinges on the outcome of the others. This motion will expedite the consideration of all appeals. Accordingly, Appellants Donald J. Trump, Alina Habba, Michael T. Madaio, Habba Madaio & Associates, Peter Ticktin, Jamie Alan Sasson, and The Ticktin Law Group respectfully request that this Court grant their motion to consolidate the instant appeals. Appellants further request that this Court modify the current briefing schedule, holding their prior brief as moot, so that Appellants may properly brief the newly consolidated appeal and have sufficient time to file their briefs pending the resolution of this motion, according to 11th Cir. R. 31-1. Appellants conferred with Appellees' counsel regarding the relief sought in this motion and all responding parties consented to this motion.

Dated: October 19, 2023                    Respectfully, submitted

/s/ Jared J. Roberts
Jared J. Roberts
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
Email: jared@binnall.com

*Counsel for President Donald J. Trump, Alina Habba, Michael T. Madaio, Habba Madaio & Associates, Peter Ticktin, Jamie Alan Sasson, and The Ticktin Law Group*

4

## **CERTIFICATE OF COMPLIANCE**

Undersigned counsel certifies that this document complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(a) because this document contains 883 words.

Undersigned counsel further certifies that this document this document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14 font size and Baskerville font.

Dated: October 19, 2023                                             /s/ Jared J. Roberts
                                                                                    Jared J. Roberts

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2023, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/ Jared J. Roberts
Jared J. Roberts
