# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 26, 2023

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 22-13410, 22-14099, 23-10387 & 23-13177-HH
Case Style: Donald Trump v. Hillary Clinton, et al
District Court Docket No: 2:22-cv-14102-DMM

The enclosed order has been ENTERED. The appellants' consolidated brief is due on December 5th, with the appellants' appendix due within seven days of the filing date of the appellants' brief.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

MOT-2 Notice of Court Action