# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-13410

_____

DONALD J. TRUMP,

                              Plaintiff-Appellant,

*versus*

HILLARY R. CLINTON,
DEMOCRATIC NATIONAL COMMITTEE,
HFACC, INC.,
DNC SERVICES CORPORATION,
PERKINS COIE, LLC, et al.,

                              Defendants-Appellees.

2                       Order of the Court                    22-13410

_____

No. 22-14099

_____

DONALD J. TRUMP,

                                                                     Plaintiff,

ALINA HABBA,
MICHAEL T. MADAIO,
HABBA MADAIO & ASSOCIATES,
PETER TICKTIN,
JAMIE A. SASSON,
THE TICKTIN LAW GROUP, et al.,

                                           Plaintiffs-Appellants

*versus*

HILLARY R. CLINTON, et al.,

                                                Defendants,

CHARLES HALLIDAY DOLAN JR.,

                                           Defendant-Appellee.

22-13410 Order of the Court 3

_____

No. 23-10387

_____

DONALD J. TRUMP,

                                                            Plaintiff-Appellant,

ALINA HABBA,
HABBA MADAIO & ASSOCIATES,

                                                   Interested Parties-Appellants,

versus

HILLARY R. CLINTON,
DEMOCRATIC NATIONAL COMMITTEE,
HFACC, INC.,
DNC SERVICES CORPORATION,
DEBORAH WASSERMAN SCHULTZ, et al.,

                                                            Defendants-Appellees,

PERKINS COIE, LLC, et al.,

                                                            Defendants.

_____

No. 23-13177

_____

DONALD J. TRUMP,
ALINA HABBA,
MICHAEL T. MADAIO,
HABBA MADAIO & ASSOCIATES,
PETER TICKTIN, et al.,

                              Plaintiffs-Appellants,

*versus*

HILLARY R. CLINTON,
DEMOCRATIC NATIONAL COMMITTEE,
HFACC, INC.,
DNC SERVICES CORPORATION,
PERKINS COIE, LLC, et al.,

                              Defendants-Appellees,

22-13410               Order of the Court                         5

JAMES COMEY, et al.,

                                                      Defendants.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 2:22-cv-14102-DMM

_____

ORDER:

Plaintiffs-Appellants' motion to consolidate Case Number 23-13177 with already consolidated Case Numbers 22-13410, 22-14099, and 23-10387 is GRANTED. We also GRANT Plaintiff-Appellants' requests to declare moot their opening brief filed in consolidated Case Numbers 22-13410, 22-14099, and 23-10387 on June 9, 2023, and to reset the briefing schedule.

The initial brief filed on June 9, 2023, in Case Number 22-13410 and docketed on June 15, 2023, in Case Numbers 22-14099 and 23-10387 is STRICKEN. We DIRECT the Clerk's Office to issue a new consolidated briefing schedule when Case Number 23-13177 is ready to proceed to briefing.

| | | |
|---|---|---|
| 6 | Order of the Court | 22-13410 |

/s/ Kevin C. Newsom
UNITED STATES CIRCUIT JUDGE