Cons. Nos.: 22-13410, 23-13177, 22-14099, 23-10387

# United States Court of Appeals for the Eleventh Circuit

DONALD J. TRUMP

*Appellant,*

v.

HILLARY R. CLINTON, ET. AL.,

*Appellees*

Appeal from the United States District Court for the
Southern District of Florida No. Number 2:22-CV-14102-DMM

## MOTION TO WITHDRAW AS COUNSEL FOR
## APPELLEE RODNEY JOFFE

Edward Soto
WEIL, GOTSHAL & MANGES LLP
1395 Brickell Avenue, Suite 1200
Miami, FL 33131
Telephone: (305) 577-3100
Edward.Soto@weil.com

Steven A. Tyrrell
WEIL, GOTSHAL & MANGES LLP
2001 M Street, N.W., Suite 600
Washington, D.C. 20036
Telephone: (202) 682-7000
Steven.Tyrrell@weil.com

*Counsel for Rodney Joffe*

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Eleventh Circuit Rule 26.1-1, the following persons have or may have an interest in the outcome of this case or appeal:

1. ABC Corporations
2. Aytch, Enjolique Dion
3. Barry, Stephen
4. Barzee, William R.
5. Berkowitz, Sean M.
6. Berman, Joshua Adam
7. Ceresney, Andrew J.
8. Clattenburg, Rachel
9. Clinton, Hillary R.
10. Crenny, Kevin P.
11. Crowley, Shawn Geovjian
12. Danchenko, Igor
13. Democratic National Committee
14. DNC Services Corporation
15. Does' John
16. Dolan, Jr., Charles Halliday
17. Doumar, George R.A.
18. Eisen, Allison
19. Elias, Marc

1

20. Erickson-Pogorzelski, Anthony

21. Fassbender, Diana Marie

22. Feldman, Maximillian

23. Fels, Adam Seth

24. Fritsch, Peter

25. Fusion GPS

26. Garcez, Isabela M.

27. Garza, Kathryn E.

28. Gillenwater, James E.

29. Greenberg, Gerald Edward

30. Habba, Alina

31. Harrington, Howard J.

32. Hart, Nancy

33. HFAAC, Inc.

34. Houlihan, Michael F.

35. Hunt, Patrick, Honorable

36. Joffe, Rodney

37. Kaplan, Roberta A.

38. Kastrenakes, Eleni Sevasti

39. Kendall, David Evan

40. Levine, Jonathan Edward

41. Levy, Joshua

42. Lipshultz, Zachary Andrew

43. Madaio, Michael T.

44. Markus, David Oscar

45. Martinez, Roberto

46. McNichols, John Marcus

47. Meeks, Katherine Moran

48. Mestitz, Michael

49. Middlebrooks, Donald M. Honorable

50. Monsour, Jr. Franklin George

51. Mook, Robert E.

52. Neuman, Sarah E.

53. Neustar Security Services

54. Neustar, Inc.

55. Ohr, Bruce

56. Ohr, Nellie

57. Olmedo-Rodriguez, Jennifer

58. Orbis Business Intelligence, Ltd.

59. Otterberg, April A.

60. Peacock, Benjamin

61. Perkins Coie, LLC.

62. Pettis, Eugene K.

63. Pinto, Paola

64. Podesta, John

65. Reines, Phillipe

66. Rilley, Wendy B.

67. Roberts, Jared Joseph

68. Sainvil, Akiesha Renee Gilcrist

69. Sasson, Jamie Alan

70. Schar, Reid J.

71. Schultz, Deborah Wasserman

72. Sigler, Geoffrey M.

73. Simpson, Glenn

74. Soto, Edward

75. Southall, Samantha

76. Steele, Christopher

77. Stekloff, Brian L.

78. Sullivan, Jake

79. Sussman, Michael

80. Terrell, Stephen R.

81. Ticktin, Peter David

82. Trout, Robert P.

83. Trump, Donald J.

84. Turner, Katherine M.

85. Tyrrell, Steven

86. Warin, Francis Joseph

## MOTION TO WITHDRAW AS COUNSEL FOR
## APPELLEE RODNEY JOFFE

Edward Soto hereby moves this Court for an order permitting him to withdraw as counsel of record for Defendant Rodney Joffe and to remove him from the distribution of CM/ECF electronic notifications in this matter. Mr. Soto will be retiring from Weil, Gotshal & Manges LLP on December 31, 2023. Copies of all documents and pleadings relating to this litigation should continue to be served on the existing counsel of record from Weil, Gotshal & Manges LLP.

WHEREFORE, Edward Soto moves the Court to permit his withdrawal as counsel for Rodney Joffe.

Respectfully submitted,

*/s/ Edward Soto*

| | |
|---|---|
| Edward Soto | Steven A. Tyrrell |
| WEIL, GOTSHAL & MANGES LLP | WEIL, GOTSHAL & MANGES LLP |
| 1395 Brickell Avenue, Suite 1200 | 2001 M Street NW, Suite 600 |
| Miami, FL 33131 | Washington, DC 20036 |
| Telephone: (305) 577-3100 | (202) 682-7000 |
| | Steven.Tyrrell@weil.com |

December 21, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to all ECF participants.

/s/ Edward Soto

Edward Soto
WEIL, GOTSHAL & MANGES LLP
1395 BRICKELL AVENUE, SUITE 1200
MIAMI, FL 33131
Telephone: (305) 577-3100
Edward.Soto@weil.com