# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| DONALD TRUMP, et al., <br><br> Appellants, <br><br> v. <br><br> HILLARY CLINTON, et al., <br><br> Appellees. | **Cons. Nos: 22-13410, 22-14099, 23-10387 & 23-13177-HH** |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

## APPELLANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Appellants President Donald J. Trump, Alina Habba, and Habba Madaio & Associates, file their Certificate of Interested Persons and Corporate Disclosure Statement, listing the parties and entities interested in this appeal, as required by 11th Cir. R. 26.1. Appellants certify that this is a complete list.

ABC Corporations

Aytch, Enjolique Dion

Barry, Stephen

Barzee, William R.

Berkowitz, Sean M.

Berman, Joshua Adam

Binnall, Jesse R.

Bosworth, Michael S.

Brozinsky, Noah

Ceresney, Andrew J.

Clattenburg, Rachel

Clinesmith, Kevin

Clinton, Hillary R.

Comey, James

Crenny, Kevin P.

Crowley, Shawn Geovjian

Danchenko, Igor

Democratic National Committee

DNC Services Corporation

Does' John

Dolan, Jr., Charles Halliday

Doumar, George R.A.

Eisen, Allison

Elias, Marc

Epps, Alexandra N.

Erickson-Pogorzelski, Anthony

Fassbender, Diana Marie

Feldman, Maximillian

Fels, Adam Seth

Fritsch, Peter

Fusion GPS

Garcez, Isabela M.

Garza, Kathryn E.

Gillenwater, James E.

Gonzalez, Juan Antonio

Greenberg, Gerald Edward

Habba, Alina

Habba Madaio & Associates

Harrington, Howard J.

Hart, Nancy

HFAAC, Inc.

Houlihan, Michael F.

Hunt, Patrick, Honorable

Janda, Sean R.

Joffe, Rodney

Kaplan, Roberta A.

Kastrenakes, Eleni Sevasti

Kendall, David Evan

Kiyonaga, Paul Y.

Klauber, Debra

Letter, Douglas

Levine, Jonathan Edward

Levy, Joshua

Lipshultz, Zachary Andrew

Madaio, Michael T.

Markus, David Oscar

Martinez, Roberto

McCabe, Andrew

McCarthy, John

McNichols, John Marcus

Meeks, Katherine Moran

Mestitz, Michael

Middlebrooks, Donald M. Honorable

Monsour, Jr. Franklin George

Mook, Robert E.

Muha, Christopher

Neuman, Sarah E.

Neustar Security Services

Neustar, Inc.

Ohr, Bruce

Ohr, Nellie

Olmedo-Rodriguez, Jennifer

Orbis Business Intelligence, Ltd.

Otterberg, April A.

Page, Lisa

Peacock, Benjamin

Perkins Coie, LLC.

Pettis, Eugene K.

Pinto, Paola

Pittard, William

Podesta, John

Reines, Phillipe

Reilly, Wendy B.

Roberts, Jared Joseph

Rosenstein, Rod

Sainvil, Akiesha Renee Gilcrist

Salzman, Joshua M

Sasson, Jamie Alan

Schar, Reid J.

Schiff, Adam

Schultz, Deborah Wasserman

Sigler, Geoffrey M.

Simpson, Glenn

Soto, Edward

Southall, Samantha

Steele, Christopher

Stekloff, Brian L.

Strzok, Peter

Sullivan, Jake

Sussman, Michael

Terrell, Stephen R.

The Ticktin Law Group

Ticktin, Peter David

Touhey, James G.

Trout, Robert P.

Trump, Donald J.

Turner, Katherine M.

Tyrrell, Steven

United States of America

Warin, Francis Joseph

Neustar, Inc. is a wholly owned subsidiary of TransUnion, which is a publicly traded entity at NYSE:TRU.

## MOTION FOR EXTENSION OF TIME

Appellants President Donald J. Trump, Alina Habba, Michael T. Madaio, Habba Madaio & Associates, Peter Ticktin, Jamie Alan Sasson, and The Ticktin Law Group, by and through counsel, hereby move this Court to extend by 30 days the time to file their opening brief pursuant to 11th Cir. R. 31-2(d). While Appellants recognize that a second request for an extension of time will only be "granted rarely," extraordinary circumstances warrant this motion.

On November 28, 2023, Appellants made their first extension request (a telephonic 30-day extension), which this Court granted. After this first request, however, Appellants retained attorney Richard C. Klugh to represent them in this appeal. Given the holidays, and that Mr. Klugh, who recently recovered from Covid and is set to undergo multiple medical procedures from January 4-9, 2024, during the period when Appellants' consolidated opening brief is due, Appellants now move to briefly extend the time to file their consolidated opening brief so as to permit them individually to confer with counsel and so that counsel may complete work on the consolidated brief.

The record in this case is both voluminous and complex, and combining in one brief the various arguments individually applicable to each of the Appellants adds complexity to the briefing. The interests of justice and judicial economy will be served by permitting this extension of time in the context of the multiple consolidated

1

appeals. Appellants' opening brief is currently due on January 4, 2024. Appellants, therefore, request a brief 30-day extension to file their opening brief.

Appellants conferred with Appellees' counsel regarding the relief sought in this motion and all responding parties consented to this extension. Therefore, Appellants respectfully request that this Court grant them a 30-day extension of time to file their opening brief.

Dated: December 29, 2023                    Respectfully, submitted

/s/ Jared J. Roberts
Jared J. Roberts
Jesse R. Binnall
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
Email: jared@binnall.com
         jesse@binnall.com

Richard C. Klugh
LAW OFFICE OF RICHARD C. KLUGH
40 N.W. 3rd Street, PH1
Miami, Florida 33128
Phone: (305)-536-1191
Fax: (305)-536-2170
Email: rickklu@aol.com

*Counsel for President Donald J. Trump, Alina Habba, Michael T. Madaio, Habba Madaio & Associates, Peter Ticktin, Jamie Alan Sasson, and The Ticktin Law Group*

2

## **CERTIFICATE OF COMPLIANCE**

Undersigned counsel certifies that this document complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(a) because this document contains 296 words.

Undersigned counsel further certifies that this document this document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14 font size and Baskerville font.

Dated: December 29, 2023                                              Respectfully submitted

/s/ Jared J. Roberts
Jared J. Roberts