# In the
# United States Court of Appeals
## For the Eleventh Circuit

---

No. 22-13410

---

DONALD J. TRUMP,

                                              Plaintiff-Appellant,

*versus*

HILLARY R. CLINTON,
DEMOCRATIC NATIONAL COMMITTEE,
HFACC, INC.,
DNC SERVICES CORPORATION,
PERKINS COIE, LLC, et al.,

                                        Defendants-Appellees.

2                    Order of the Court                    22-13410

---

No. 22-14099

---

DONALD J. TRUMP,

                                                        Plaintiff,

ALINA HABBA,
MICHAEL T. MADAIO,
HABBA MADAIO & ASSOCIATES,
PETER TICKTIN,
JAMIE A. SASSON,
THE TICKTIN LAW GROUP, et al.,

                                            Plaintiffs-Appellants

*versus*

HILLARY R. CLINTON, et al.,

                                                    Defendants,

CHARLES HALLIDAY DOLAN JR.,

                                            Defendant-Appellee.

22-13410                    Order of the Court                    3

———————————

No. 23-10387

———————————

DONALD J. TRUMP,

                                        Plaintiff-Appellant,

ALINA HABBA,
HABBA MADAIO & ASSOCIATES,

                                    Interested Parties-Appellants,

*versus*

HILLARY R. CLINTON,
DEMOCRATIC NATIONAL COMMITTEE,
HFACC, INC.,
DNC SERVICES CORPORATION,
DEBORAH WASSERMAN SCHULTZ, et al.,

                                        Defendants-Appellees,

PERKINS COIE, LLC, et al.,

                                        Defendants.

4                    Order of the Court                    22-13410

---

No. 23-13177

---

DONALD J. TRUMP,
ALINA HABBA,
MICHAEL T. MADAIO,
HABBA MADAIO & ASSOCIATES,
PETER TICKTIN, et al.,

                                    Plaintiffs-Appellants,


*versus*

HILLARY R. CLINTON,
DEMOCRATIC NATIONAL COMMITTEE,
HFACC, INC.,
DNC SERVICES CORPORATION,
PERKINS COIE, LLC, et al.,

                                    Defendants-Appellees,

22-13410                Order of the Court                              5

JAMES COMEY, et al.,

                                                          Defendants.

                              _____

                  Appeal from the United States District Court
                      for the Southern District of Florida
                      D.C. Docket No. 2:22-cv-14102-DMM

                              _____

ORDER:

        Edward Soto's motion to withdraw as counsel for Appellee
Rodney Joffe is GRANTED.


                              _____
                              UNITED STATES CIRCUIT JUDGE