## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 05, 2024

Jared Joseph Roberts
Binnall Law Group, PLLC
717 KING ST STE 200
ALEXANDRIA, VA 22314

Appeal Number: 22-13410-HH   ; 22-14099 -HH   ; 23-10387 -HH   ; 23-13177 -HH
Case Style: Donald Trump v. Hillary Clinton, et al
District Court Docket No: 2:22-cv-14102-DMM

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

The following action has been taken in the referenced case:

An extension of time has been granted to and including 02/02/2024.

Clerk's Office Phone Numbers
General Information:    404-335-6100     Attorney Admissions:           404-335-6122
Case Administration:    404-335-6135     Capital Cases:                 404-335-6200
CM/ECF Help Desk:       404-335-6125     Cases Set for Oral Argument:   404-335-6141

EXT-1 Extension of time