# Nos. 22-13410-H, 22-14099-H, 23-10387-H & 23-13177-H

## IN THE UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

**DONALD J. TRUMP, et al.,**

Appellants,

v.

**HILLARY R. CLINTON, et al.,**

Appellees.

.

On Appeal from the United States District Court
for the Southern District of Florida

### APPELLANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE INITIAL BRIEF

**JARED J. ROBERTS, ESQ.**
**JESSE R. BINNALL, ESQ.**
**BINNALL LAW GROUP, PLLC**
717 King Street, Suite 200
Alexandria, Virginia 22314
Tel. (703) 888-1943

**RICHARD C. KLUGH, ESQ.**
Counsel for Appellants
40 N.W. 3rd Street, PH1
Miami, Florida 33128
Tel. (305) 536-1191

# CERTIFICATE OF INTERESTED PERSONS AND
# CORPORATE DISCLOSURE STATEMENT

Appellants file this Certificate of Interested Persons and Corporate Disclosure Statement, listing the parties and entities interested in this appeal, as required by 11th Cir. R. 26.1.

ABC Corporations

Aytch, Enjolique Dion

Barry, Stephen

Barzee, William R.

Berkowitz, Sean M.

Berman, Joshua Adam

Binnall, Jesse R.

Bosworth, Michael S.

Brozinsky, Noah

Ceresney, Andrew J.

Clattenburg, Rachel

Clinesmith, Kevin

Clinton, Hillary R.

Comey, James

Crenny, Kevin P.

C-1 of 7

*Donald J. Trump, et al. v. Hilarie R. Clinton, et al.*,
Case Nos. 22-13410-H, 22-14099-H, 23-10387-H & 23-13177-H
Certificate of Interested Persons (Cont'd)

Crowley, Shawn Geovjian

Danchenko, Igor

Democratic National Committee

DNC Services Corporation

Does' John

Dolan, Jr., Charles Halliday

Doumar, George R.A.

Eisen, Allison

Elias, Marc

Epps, Alexandra N.

Erickson-Pogorzelski, Anthony

Fassbender, Diana Marie

Feldman, Maximillian

Fels, Adam Seth

Fritsch, Peter

Fusion GPS

Garcez, Isabela M.

*Donald J. Trump, et al. v. Hilarie R. Clinton, et al.*,
Case Nos. 22-13410-H, 22-14099-H, 23-10387-H & 23-13177-H
Certificate of Interested Persons (Cont'd)

Garza, Kathryn E.

Gillenwater, James E.

Gonzalez, Juan Antonio

Greenberg, Gerald Edward

Habba, Alina

Habba Madaio & Associates

Harrington, Howard J.

Hart, Nancy

HFAAC, Inc.

Houlihan, Michael F.

Hunt, Patrick, Honorable

Janda, Sean R.

Joffe, Rodney

Kaplan, Roberta A.

Kastrenakes, Eleni Sevasti

Kendall, David Evan

Kiyonaga, Paul Y.

Klauber, Debra

*Donald J. Trump, et al. v. Hilarie R. Clinton, et al.*,
Case Nos. 22-13410-H, 22-14099-H, 23-10387-H & 23-13177-H
Certificate of Interested Persons (Cont'd)

Klugh, Richard C.

Letter, Douglas

Levine, Jonathan Edward

Levy, Joshua

Lipshultz, Zachary Andrew

Madaio, Michael T.

Markus, David Oscar

Martinez, Roberto

McCabe, Andrew

McCarthy, John

McNichols, John Marcus

Meeks, Katherine Moran

Mestitz, Michael

Middlebrooks, Donald M. Honorable

Monsour, Jr. Franklin George

Mook, Robert E.

Muha, Christopher

*Donald J. Trump, et al. v. Hilarie R. Clinton, et al.*,
Case Nos. 22-13410-H, 22-14099-H, 23-10387-H & 23-13177-H
Certificate of Interested Persons (Cont'd)

Neuman, Sarah E.

Neustar Security Services

Neustar, Inc.

Ohr, Bruce

Ohr, Nellie

Olmedo-Rodriguez, Jennifer

Orbis Business Intelligence, Ltd.

Otterberg, April A.

Page, Lisa

Peacock, Benjamin

Perkins Coie, LLC.

Pettis, Eugene K.

Pinto, Paola

Pittard, William

Podesta, John

Reines, Phillipe

Reilly, Wendy B.

*Donald J. Trump, et al. v. Hilarie R. Clinton, et al.*,
Case Nos. 22-13410-H, 22-14099-H, 23-10387-H & 23-13177-H
Certificate of Interested Persons (Cont'd)

Roberts, Jared Joseph

Rosenstein, Rod

Sainvil, Akiesha Renee Gilcrist

Salzman, Joshua M

Sasson, Jamie Alan

Schar, Reid J.

Schiff, Adam

Schultz, Deborah Wasserman

Sigler, Geoffrey M.

Simpson, Glenn

Soto, Edward

Southall, Samantha

Steele, Christopher

Stekloff, Brian L.

Strzok, Peter

Sullivan, Jake

Sussman, Michael

*Donald J. Trump, et al. v. Hilarie R. Clinton, et al.*,
Case Nos. 22-13410-H, 22-14099-H, 23-10387-H & 23-13177-H
Certificate of Interested Persons (Cont'd)

Terrell, Stephen R.

The Ticktin Law Group

Ticktin, Peter David

Touhey, James G.

Trout, Robert P.

Trump, Donald J.

Turner, Katherine M.

Tyrrell, Steven

United States of America

Warin, Francis Joseph

    Neustar, Inc. is a wholly owned subsidiary of TransUnion, which is a publicly traded entity at NYSE:TRU.

# APPELLANTS' UNOPPOSED MOTION TO EXTEND TIME TO FILE APPELLANTS' INITIAL BRIEF

Appellants President Donald J. Trump, Alina Habba, Michael T. Madaio, Habba Madaio & Associates, Peter Ticktin, Jamie Alan Sasson, and The Ticktin Law Group, by and through counsel, respectfully move to extend by 15 days the time to file their opening brief pursuant to 11th Cir. R. 31-2(d). The circumstances of the case and the interest of justice warrant granting the requested relief.

1.   Appellants' initial brief in these consolidated appeals is due to be filed on February 2, 2024. Appellants have been granted a telephonic 30-day extension and, following Appellants' retention of undersigned counsel (attorney Richard Klugh) to represent them in this appeal, a subsequent 29-day extension of time.

2.   Appellants now move to briefly extend the time to file their consolidated opening brief by 15 days owing to case-related and schedule conflict factors, including the complexity of the consolidated appeals arising from the district court's rulings relating to dismissal the civil complaint, imposition of sanctions against the plaintiff and plaintiff's attorney and thereafter, following a limited remand by this Court, denial of motions relating to consideration of material presented in the Special Counsel report, identified in the record as the Durham Report. The four consolidated appeals in this case present issues that are multi-faceted and factually detailed. The record is voluminous, with approximately 350 docketed filings, including numerous oversized memoranda and exhibits, as well as affidavits and presentations by more than a dozen parties. Counsel have sought to substantially narrow the issues, but the

1

need for additional review, research, and a further opportunity for client consultation warrant granting the extension requested.

3.  Counsel's schedule conflicts also contribute to the basis for this motion, including counsel's filing of briefs in this Court in *United States v. Palacios*, No. 22-11676, on January 12, 2024, and *Rabassa v. United States*, No. 23-12445, on January 22, 2024, as well as ongoing preparation for oral argument (by co-counsel) in *United States v. Javat*, 11th Cir. Nos. 19-15168 and 20-11137, on January 30, 2024. Counsel was also required to engage in substantial preparation for a January 29, 2024, trial setting in *United States v. Pisoni, et al.*, S.D.Fla. No. 15-cr-20339-DPG, and that matter resolved by way of a plea hearing on January 23, 2024. Counsel faces a February 5, 2024 deadline for filing the petition for writ of certiorari in 11th Cir. No. 21-13477, and must also file the initial joint brief of appellants in *United States v. Golestan, et al.*, 4th Cir. No. 23-4583, on February 12, 2024, in addition to a state court initial brief due February 8, 2024. Counsel, Mr. Klugh, has also been required to address two outpatient surgical matters in January 2024, recovery from which limited to an extent the time available to finalize work on the brief and to consult with Appellants.

4.  The interests of justice and judicial economy will be served by permitting this extension of time in the context of the multiple consolidated appeals. Appellants therefore request a brief 15-day extension of time to file their opening brief.

5.  Appellants' counsel conferred with Appellees' counsel regarding the

relief sought in this motion and all responding parties consented to this extension.

WHEREFORE, Appellants respectfully request that this Court grant a 15-day extension of time to file the opening brief, such that the brief will be due on February 20, 2024.

Respectfully submitted,

| | |
|---|---|
| Jared J. Roberts, Esq. |   s/ Richard C. Klugh |
| Jesse R. Binnall, Esq. | Richard C. Klugh, Esq. |
| BINNALL LAW GROUP, PLLC | RICHARD C. KLUGH, P.A. |
| 717 King Street, Suite 200 | 40 N.W. 3rd Street, PH1 |
| Alexandria, Virginia 22314 | Miami, Florida 33128 |
| Tel. (703) 888-1943 | Tel. (305) 536-1191 |
| Email: jared@binnall.com | rklugh@klughlaw.com |
|        jesse@binnall.com | |

*Counsel for President Donald J. Trump, Alina Habba, Michael T. Madaio, Habba Madaio & Associates, Peter Ticktin, Jamie Alan Sasson, and The Ticktin Law Group*

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion contains 570 words and complies with the typeface and type-style requirement of Fed. R. App. P. 32(a)(5) and (6) because it was prepared in a WordPerfect proportionally spaced Times New Roman 14-point font.

  s/ Richard C. Klugh
Richard C. Klugh, Esq.