# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

Nos. 22-13410

_____

DONALD J. TRUMP,

                                                       Plaintiff-Appellant,

*versus*

HILLARY R. CLINTON,
DEMOCRATIC NATIONAL COMMITTEE,
HFACC, INC.,
DNC SERVICES CORPORATION,
PERKINS COIE, LLC, et al.,

                                                       Defendants-Appellees.

2                  Order of the Court                  22-13410

_____

No. 23-10387

_____

DONALD J. TRUMP,

                                           Plaintiff-Appellant,

ALINA HABBA,
HABBA MADAIO & ASSOCIATES,

                                           Interested Parties-Appellants,

*versus*

HILLARY R. CLINTON,
DEMOCRATIC NATIONAL COMMITTEE,
HFACC, INC.,
DNC SERVICES CORPORATION,
DEBORAH WASSERMAN SCHULTZ, et al.,

                                           Defendants-Appellees,

PERKINS COIE, LLC, et al.,

                                           Defendants.

_____

Appeals from the United States District Court
for the Southern District of Florida
D.C. Docket No. 2:22-cv-14102-DMM

_____

ORDER:

Before this Court is the Defendants-Appellees' unopposed motion to exceed the word limitation in Federal Rule of Appellate Procedure 32(a)(7). In that motion, the Defendants-Appellees state that "[s]ome Appellees will also be filing short separate briefs on specific issues individual to them." Based on that representation, we HOLD IN ABEYANCE the motion to exceed the word limitation. And we DIRECT the Defendants-Appellees within 14 days of issuance of this order to identify the number of separate briefs that will be filed and the number of words in each brief.

/s/ Kevin C. Newsom
UNITED STATES CIRCUIT JUDGE