In the

# United States Court of Appeals

## For the Eleventh Circuit

————————————

No. 22-13410

————————————

DONALD J. TRUMP,

Plaintiff-Appellant,

*versus*

HILLARY R. CLINTON,
DEMOCRATIC NATIONAL COMMITTEE,
HFACC, INC.,
DNC SERVICES CORPORATION,
PERKINS COIE, LLC, et al.,

Defendants-Appellees.

2                        Order of the Court                    22-13410

_____

No. 22-14099

_____

DONALD J. TRUMP,

Plaintiff,

ALINA HABBA,
MICHAEL T. MADAIO,
HABBA MADAIO & ASSOCIATES,
PETER TICKTIN,
JAMIE A. SASSON,
THE TICKTIN LAW GROUP, et al.,

Plaintiffs-Appellants

*versus*

HILLARY R. CLINTON, et al.,

Defendants,

CHARLES HALLIDAY DOLAN JR.,

Defendant-Appellee.

22-13410                Order of the Court                3

————————————————

No. 23-10387

————————————————

DONALD J. TRUMP,

                                        Plaintiff-Appellant,

ALINA HABBA,
HABBA MADAIO & ASSOCIATES,

                            Interested Parties-Appellants,

*versus*

HILLARY R. CLINTON,
DEMOCRATIC NATIONAL COMMITTEE,
HFACC, INC.,
DNC SERVICES CORPORATION,
DEBORAH WASSERMAN SCHULTZ, et al.,

                                    Defendants-Appellees,

PERKINS COIE, LLC, et al.,

                                            Defendants.

4                          Order of the Court                          22-13410

_____

No. 23-10536

_____

DONALD J. TRUMP,

Plaintiff,

JOHN J. MCCARTHY,

Interested Party-Appellant,

*versus*

HILLARY R. CLINTON,
DEMOCRATIC NATIONAL COMMITTEE,
HFACC, INC.,
DNC SERVICES CORPORATION,
DEBORAH WASSERMAN SCHULTZ, et al.,

Defendants-Appellees,

PERKINS COIE, LLC, et al.,

Defendants.

22-13410                Order of the Court                              5

_____

No. 23-13177

_____

DONALD J. TRUMP,
ALINA HABBA,
MICHAEL T. MADAIO,
HABBA MADAIO & ASSOCIATES,
PETER TICKTIN, et al.,

                                                        Plaintiffs-Appellants,


*versus*

HILLARY R. CLINTON,
DEMOCRATIC NATIONAL COMMITTEE,
HFACC, INC.,
DNC SERVICES CORPORATION,
PERKINS COIE, LLC, et al.,

                                                        Defendants-Appellees,

6                    Order of the Court                    22-13410

JAMES COMEY, et al.,

                                                                    Defendants.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 2:22-cv-14102-DMM

_____

ORDER:

Defendants-Appellees' motion to exceed the page limitation is GRANTED IN PART. Defendants-Appellees have leave to file a joint consolidated brief not exceeding 18,000 words that addresses issues common to all. Defendants-Appellees Charles Halliday Dolan, Jr., Rodney Joffe, and Orbis Business Intelligence, Limited, have leave to file a joint consolidated brief not exceeding 6,000 words.

Defendants-Appellees' briefs are due 21 days from this order.


/s/ Kevin C. Newsom
UNITED STATES CIRCUIT JUDGE