Nos. 22-13410-H, 23-10387-H, 23-13177-H

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

**DONALD J. TRUMP, et al.,**

Appellants,

v.

**HILLARY R. CLINTON, et al.,**

Appellees.

On Appeal from the United States District Court
for the Southern District of Florida

**APPELLANT DONALD J. TRUMP'S UNOPPOSED MOTION FOR 14-DAY EXTENSION OF TIME TO RESPOND TO APPELLEE ORBIS BUSINESS INTELLIGENCE LTD.'S FED. R. APP. P. 38 MOTION FOR DAMAGES AND COSTS**

| | |
|---|---|
| **JARED J. ROBERTS, ESQ.** | **RICHARD C. KLUGH, ESQ.** |
| **JESSE R. BINNALL, ESQ.** | Counsel for Appellant |
| **BINNALL LAW GROUP, PLLC** | 40 N.W. 3rd Street, PH1 |
| 717 King Street, Suite 200 | Miami, Florida 33128 |
| Alexandria, Virginia 22314 | Tel. (305) 536-1191 |
| Tel. (703) 888-1943 | |

# CERTIFICATE OF INTERESTED PERSONS AND
# CORPORATE DISCLOSURE STATEMENT

Appellants file this Certificate of Interested Persons and Corporate Disclosure Statement, listing the parties and entities interested in this appeal, as required by 11th Cir. R. 26.1.

ABC Corporations

Aytch, Enjolique Dion

Barry, Stephen

Barzee, William R.

Berkowitz, Sean M.

Berman, Joshua Adam

Binnall, Jesse R.

Bosworth, Michael S.

Brozinsky, Noah

Ceresney, Andrew J.

Clattenburg, Rachel

Clinesmith, Kevin

Clinton, Hillary R.

Comey, James

Crenny, Kevin P.

*Donald J. Trump, et al. v. Hilarie R. Clinton, et al.*,
Case Nos. 22-13410-H, 23-10387-H, 23-13177-H
Certificate of Interested Persons (Cont'd)

Crowley, Shawn Geovjian

Danchenko, Igor

Democratic National Committee

DNC Services Corporation

Does' John

Dolan, Jr., Charles Halliday

Doumar, George R.A.

Eisen, Allison

Elias, Marc

Epps, Alexandra N.

Erickson-Pogorzelski, Anthony

Fassbender, Diana Marie

Feldman, Maximillian

Fels, Adam Seth

Fritsch, Peter

Fusion GPS

Garcez, Isabela M.

*Donald J. Trump, et al. v. Hilarie R. Clinton, et al.*,
Case Nos. 22-13410-H, 23-10387-H, 23-13177-H
Certificate of Interested Persons (Cont'd)

Garza, Kathryn E.

Gillenwater, James E.

Gonzalez, Juan Antonio

Greenberg, Gerald Edward

Habba, Alina

Habba Madaio & Associates

Harrington, Howard J.

Hart, Nancy

HFAAC, Inc.

Houlihan, Michael F.

Hunt, Patrick, Honorable

Janda, Sean R.

Joffe, Rodney

Kaplan, Roberta A.

Kastrenakes, Eleni Sevasti

Kendall, David Evan

Kiyonaga, Paul Y.

Klauber, Debra

*Donald J. Trump, et al. v. Hilarie R. Clinton, et al.*,
Case Nos. 22-13410-H, 23-10387-H, 23-13177-H
Certificate of Interested Persons (Cont'd)

Klugh, Richard C.

Letter, Douglas

Levine, Jonathan Edward

Levy, Joshua

Lipshultz, Zachary Andrew

Madaio, Michael T.

Markus, David Oscar

Martinez, Roberto

McCabe, Andrew

McCarthy, John

McNichols, John Marcus

Meeks, Katherine Moran

Mestitz, Michael

Middlebrooks, Donald M. Honorable

Monsour, Jr. Franklin George

Mook, Robert E.

Muha, Christopher

*Donald J. Trump, et al. v. Hilarie R. Clinton, et al.*,
Case Nos. 22-13410-H, 23-10387-H, 23-13177-H
Certificate of Interested Persons (Cont'd)

Neuman, Sarah E.

Neustar Security Services

Neustar, Inc.

Ohr, Bruce

Ohr, Nellie

Olmedo-Rodriguez, Jennifer

Orbis Business Intelligence, Ltd.

Otterberg, April A.

Page, Lisa

Peacock, Benjamin

Perkins Coie, LLC.

Pettis, Eugene K.

Pinto, Paola

Pittard, William

Podesta, John

Reines, Phillipe

Reilly, Wendy B.

*Donald J. Trump, et al. v. Hilarie R. Clinton, et al.*,
Case Nos. 22-13410-H, 23-10387-H, 23-13177-H
Certificate of Interested Persons (Cont'd)

Roberts, Jared Joseph

Rosenstein, Rod

Sainvil, Akiesha Renee Gilcrist

Salzman, Joshua M

Sasson, Jamie Alan

Schar, Reid J.

Schiff, Adam

Schultz, Deborah Wasserman

Sigler, Geoffrey M.

Simpson, Glenn

Soto, Edward

Southall, Samantha

Steele, Christopher

Stekloff, Brian L.

Strzok, Peter

Sullivan, Jake

Sussman, Michael

*Donald J. Trump, et al. v. Hilarie R. Clinton, et al.*,
Case Nos. 22-13410-H, 23-10387-H, 23-13177-H
Certificate of Interested Persons (Cont'd)

Terrell, Stephen R.

The Ticktin Law Group

Ticktin, Peter David

Touhey, James G.

Trout, Robert P.

Trump, Donald J.

Turner, Katherine M.

Tyrrell, Steven

United States of America

Warin, Francis Joseph

    Neustar, Inc. is a wholly owned subsidiary of TransUnion, which is a publicly traded entity at NYSE:TRU.

**APPELLANT DONALD J. TRUMP'S UNOPPOSED MOTION
FOR 14-DAY EXTENSION OF TIME TO RESPOND TO
APPELLEE ORBIS BUSINESS INTELLIGENCE LTD.'S
FED. R. APP. P. 38 MOTION FOR DAMAGES AND COSTS**

Appellant President Donald J. Trump, by and through counsel, respectfully moves for a 14-day extension time to file his response in opposition to the motion by Appellee Orbis Business Intelligence Ltd. seeking damages and costs pursuant to Fed. R. App. P. 38. In support of the motion, Appellant states:

1. Appellee Orbis's motion for damages and costs, filed on June 3, 2024, is an extensive motion that includes approximately 20 pages of exhibits. Filed on the same date was Appellee Orbis's answer brief along with the separate oversized answer brief of multiple additional appellees in this case. Appellant seeks a 14-day extension of time, from the present due date of June 13, 2024, in which to file a response to Appellee Orbis's motion.

2. The grounds for this extension request include that the answer briefs filed by the appellees, including Appellee Orbis, must be reviewed and analyzed by Appellant's counsel in order to adequately respond to the motion. Counsel also faces competing schedule demands, including extensive memoranda required to be filed in the district court on June 11 and June 24, and four briefs (including two initial briefs) due to be filed in this Court within the same period. Counsel recently concluded evidentiary proceedings in the district court in a pending case on June 4 and is required to participate in sentencing proceedings in another district court matter on June 7, 2024. The record in this case is voluminous, with hundreds of docketed

1

filings, including numerous oversized memoranda and exhibits, as well as affidavits and presentations by more than a dozen parties. Granting the extension requested will serve the interests of justice and judicial economy.

3. Appellant's counsel conferred with Appellee Orbis's counsel regarding this motion and is authorized to represent that Appellee's counsel does not oppose the relief sought by this motion.

WHEREFORE, Appellant respectfully requests that this Court grant a 14-day extension of time to file his response to the motion for damages and costs, such that the response will be due on June 27, 2024.

Respectfully submitted,

| | |
|---|---|
| Jared J. Roberts, Esq. | s/ Richard C. Klugh |
| Jesse R. Binnall, Esq. | Richard C. Klugh, Esq. |
| BINNALL LAW GROUP, PLLC | RICHARD C. KLUGH, P.A. |
| 717 King Street, Suite 200 | 40 N.W. 3rd Street, PH1 |
| Alexandria, Virginia 22314 | Miami, Florida 33128 |
| Tel. (703) 888-1943 | Tel. (305) 536-1191 |
| Email: jared@binnall.com | rklugh@klughlaw.com |
| jesse@binnall.com | |

*Counsel for President Donald J. Trump*

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion contains 372 words and complies with the typeface and type-style requirement of Fed. R. App. P. 32(a)(5) and (6) because it was prepared in a WordPerfect proportionally spaced Times New Roman 14-point font.

s/ Richard C. Klugh
Richard C. Klugh, Esq.

2