IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

Case No. 22-13410
(Consolidated with Case Nos: 22-14099; 23-10387; 23-13177)

DONALD J. TRUMP,

*Plaintiff-Appellant*,

v.

HILLARY R. CLINTON, et al.,

*Defendants-Appellees*.

APPELLEE ORBIS BUSINESS INTELLIGENCE LTD.'S
UNOPPOSED MOTION FOR A 7-DAY EXTENSION OF TIME TO
REPLY IN SUPPORT OF ITS MOTION FOR DAMAGES AND COSTS

On Appeal from the United States District Court
for the Southern District of Florida
Case No. 22-CV-14102
(The Honorable Donald M. Middlebrooks, J.)

Enjoliqué Aytch Lett
Akiesha Gilcrist Sainvil
Greenberg Traurig, P.A.
Wells Fargo Center, Suite 4400
333 Southeast Second Avenue
Miami, Florida 33131
Telephone: 305.579.0500
Enjolique.Lett@gtlaw.com
Akiesha.Sainvil@gtlaw.com
*Counsel for Appellee Orbis Business Intelligence Ltd.*

*Trump v. Clinton, et al., Nos. 22-13410, 22-14099, 23-10387, & 23-13177*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-1, Defendant-Appellee Orbis Business Intelligence Ltd. provides this list, which includes the trial judge, and all attorneys, persons, associations of persons, firms, partnerships or corporations that have an interest in the outcome of this review:

ABC Corporations

Aytch Lett, Enjoliqué Dion

Barry, Stephen

Barzee, William R.

Berkowitz, Sean M.

Berman, Joshua Adam

Binnall, Jesse R.

Ceresney, Andrew J.

Clattenburg, Rachel

Clinton, Hillary R.

Crenny, Kevin P.

Crowley, Shawn Geovjian

Danchenko, Igor

C-1 of 6

*Trump v. Clinton, et al.*
Case No. 22-13410

**CERTIFICATE OF INTERESTED PERSONS AND**
**CORPORATE DISCLOSURE STATEMENT**

(Continued)

Democratic National Committee

DNC Services Corporation

Does, John

Dolan, Jr., Charles Halliday

Doumar, George R.A.

Eisen, Allison

Elias, Marc

Erickson-Pogorzelski, Anthony

Fassbender, Diana Marie

Feldman, Maximillian

Fels, Adam Seth

Fritsch, Peter

Fusion GPS

Garcez, Isabela M.

Garza, Kathryn E.

Gillenwater, James E.

Greenberg, Gerald Edward

Habba, Alina

Habba Madaio & Associates

*Trump v. Clinton, et al.*
Case No. 22-13410

**CERTIFICATE OF INTERESTED PERSONS AND**
**CORPORATE DISCLOSURE STATEMENT**

(Continued)

Harrington, Howard J.

Hart, Nancy E.

HFACC, Inc.

Howard, Eleni Kastrenakes

Hunt, Honorable Patrick

Iguina Gonzalez, Carmen

Joffe, Rodney

Kaplan, Roberta A.

Kendall, David Evan

Klauber, Debra Potter

Levine, Jonathan Edward

Levy, Joshua

Lipshultz, Zachary Andrew

Madaio, Michael T.

Markus, David Oscar

Martinez, Roberto

McNichols, John Marcus

Meeks, Katherine Moran

Mestitz, Michael

*Trump v. Clinton, et al.*
Case No. 22-13410

**CERTIFICATE OF INTERESTED PERSONS AND**
**CORPORATE DISCLOSURE STATEMENT**

(Continued)

Middlebrooks, Honorable Donald M.

Monsour, Jr., Franklin George

Mook, Robert E.

Neuman, Sarah E.

Neustar Security Services

Neustar, Inc.

Ohr, Bruce

Ohr, Nellie

Olmedo-Rodriguez, Jennifer

Orbis Business Intelligence, Ltd.

Otterberg, April A.

Peacock, Benjamin

Perkins Coie LLP

Pettis, Eugene K.

Pinto, Paola

Podesta, John

Reines, Phillipe

Reilly, Wendy B.

Roberts, Jared Joseph

*Trump v. Clinton, et al.*
Case No. 22-13410

**CERTIFICATE OF INTERESTED PERSONS AND**
**CORPORATE DISCLOSURE STATEMENT**

(Continued)

Sainvil, Akiesha Renee Gilcrist

Sasso, James

Sasson, Jamie Alan

Schar, Reid J.

Schultz, Deborah Wasserman

Sigler, Geoffrey M.

Simpson, Glenn

Soto, Edward

Southall, Samantha

Steele, Christopher

Stekloff, Brian L.

Sullivan, Jake

Sussmann, Michael

Terrell, Stephen R.

Ticktin Law Group

Ticktin, Peter David

Trout, Robert P.

Trump, Donald J.

Turner, Katherine M.

*Trump v. Clinton, et al.*
**Case No. 22-13410**

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

(Continued)

Tyrrell, Steven

Warin, Francis Joseph

Wylie, John W.

**APPELLEE ORBIS BUSINESS INTELLIGENCE LTD.'S UNOPPOSED MOTION FOR A SEVEN-DAY EXTENSION OF TIME, TO JULY 15, 2024, TO REPLY IN SUPPORT OF ITS MOTION FOR DAMAGES AND COSTS**

Appellee Orbis Business Intelligence Ltd. (hereinafter "Orbis") respectfully moves for a seven-day extension of time to July 15, 2024, in which to file its Reply in Support of its Motion for Damages and Costs (the "Reply") under Federal Rule of Appellate Procedure 38. In support of its motion, Orbis states:

1. Orbis' Reply is presently due to be filed on July 8, 2024. Good cause exists for the extension of time of seven days due to the complexity and voluminous nature of the case. Granting the extension requested will serve the interests of justice and judicial economy. No prior request for an extension of time has been made for this Reply.

2. Appellant was granted a fourteen-day extension of time over the phone and then an additional two-day extension of time to file its response to Orbis' Motion for Damages and Costs Pursuant to FRAP 38, which Orbis did not oppose.

3. Orbis has conferred with Appellant's counsel regarding this request for an extension and is authorized to represent that Appellant's counsel does not oppose the relief sought by this request.

1

WHEREFORE, Defendant Orbis Business Intelligence Ltd. respectfully requests that this Court enter an Order setting the time for its Reply to July 15, 2024.

Dated: July 8, 2024               Respectfully submitted,

                                    /s/ *Enjoliqué Aytch Lett*
                                    Enjoliqué Aytch Lett

Enjoliqué Aytch Lett
Akiesha Gilcrist Sainvil
Greenberg Traurig, P.A.
Wells Fargo Center, Suite 4400
333 Southeast Second Avenue
Miami, Florida 33131
Telephone: 305.579.0500
Enjoliqué.Lett@gtlaw.com
Akiesha.Sainvil@gtlaw.com

*Counsel for Defendant-Appellee, Orbis Business Intelligence Ltd.*

2

# CERTIFICATE OF COMPLIANCE
# WITH TYPEFACE AND WORD-COUNT LIMITATIONS

I, Enjoliqué Aytch Lett, counsel for Appellee Orbis and a member of the Bar of this Court, certify that this document complies with the length limit of Fed. R. App. P. Rule 27(d)(2)(A) because this document contains 233 words.

This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared using Microsoft Word 2010 in Century Schoolbook, 14-point font.

                                        /s/ *Enjoliqué Aytch Lett*
                                         Enjoliqué Aytch Lett

## CERTIFICATE OF SERVICE

I, Enjoliqué Aytch Lett, counsel for Appellee Orbis and a member of the Bar of this Court, certify that, on July 8, 2024, I electronically filed the foregoing motion with the United States Court of Appeals for the Eleventh Circuit by using the appellate NextGen System. I certify that all participants in the case are registered NexGen users and that service will be accomplished by the appellate NextGen system.

*/s/ Enjoliqué Aytch Lett*
Enjoliqué Aytch Lett

JULY 8, 2024