# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-13410

_____

DONALD J. TRUMP,

                                                                                            Plaintiff-Appellant,

*versus*

HILLARY R. CLINTON,
DEMOCRATIC NATIONAL COMMITTEE,
HFACC, INC.,
DNC SERVICES CORPORATION,
PERKINS COIE, LLC, et al.,

                                                                                           Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 2:22-cv-14102-DMM

_____

_____

No. 23-10387

_____

DONALD J. TRUMP,

                                                Plaintiff-Appellant,

ALINA HABBA,
HABBA MADAIO & ASSOCIATES,

                                              Interested Parties-Appellants,

*versus*

HILLARY R. CLINTON,
DEMOCRATIC NATIONAL COMMITTEE,
HFACC, INC.,
DNC SERVICES CORPORATION,
DEBORAH WASSERMAN SCHULTZ, et al.,

22-13410               Order of the Court                              3

                                                    Defendants-Appellees,

PERKINS COIE, LLC, et al.,

                                                    Defendants.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 2:22-cv-14102-DMM

_____

_____

No. 23-13177

_____

DONALD J. TRUMP,
ALINA HABBA,
MICHAEL T. MADAIO,
HABBA MADAIO & ASSOCIATES,
PETER TICKTIN, et al.,

                                                    Plaintiffs-Appellants,

4 Order of the Court 22-13410

*versus*

HILLARY R. CLINTON,
DEMOCRATIC NATIONAL COMMITTEE,
HFACC, INC.,
DNC SERVICES CORPORATION,
PERKINS COIE, LLC, et al.,

                                                        Defendants-Appellees,

JAMES COMEY, et al.,

                                                        Defendants.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 2:22-cv-14102-DMM

_____

_____

No. 22-14099

_____

DONALD J. TRUMP,

22-13410               Order of the Court                              5

                                                                Plaintiff,

ALINA HABBA,
MICHAEL T. MADAIO,
HABBA MADAIO & ASSOCIATES,
PETER TICKTIN,
JAMIE A. SASSON,
THE TICKTIN LAW GROUP, et al.,

                                                      Plaintiffs-Appellants

*versus*

HILLARY R. CLINTON, et al.,

                                                                Defendants,

CHARLES HALLIDAY DOLAN JR.,

                                                      Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 2:22-cv-14102-DMM

_____

ORDER:

Motion for extension of time to file response to motion to August 5, 2024, filed by Habba Madaio & Associates, Alina Habba, Michael T. Madaio, Jamie A. Sasson, The Ticktin Law Group and Peter Ticktin is GRANTED.

/s/ Britt C. Grant

UNITED STATES CIRCUIT JUDGE