# Nos. 22-13410-H, 22-14099-H, 23-10387-H & 23-13177-H

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

**DONALD J. TRUMP, et al.,**

Appellants,

v.

**HILLARY R. CLINTON, et al.,**

Appellees.

.

On Appeal from the United States District Court
for the Southern District of Florida

### APPELLANTS' UNOPPOSED MOTION FOR
### EXTENSION OF TIME TO FILE REPLY BRIEF

| | |
|---|---|
| **JARED J. ROBERTS, ESQ.** | **RICHARD C. KLUGH, ESQ.** |
| **JESSE R. BINNALL, ESQ.** | Counsel for Appellants |
| **BINNALL LAW GROUP, PLLC** | 40 N.W. 3rd Street, PH1 |
| 717 King Street, Suite 200 | Miami, Florida 33128 |
| Alexandria, Virginia 22314 | Tel. (305) 536-1191 |
| Tel. (703) 888-1943 | |

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Appellants file this Certificate of Interested Persons and Corporate Disclosure Statement, listing the parties and entities interested in this appeal, as required by 11th Cir. R. 26.1.

ABC Corporations

Aytch, Enjolique Dion

Barry, Stephen

Barzee, William R.

Berkowitz, Sean M.

Berman, Joshua Adam

Binnall, Jesse R.

Bosworth, Michael S.

Brozinsky, Noah

Ceresney, Andrew J.

Clattenburg, Rachel

Clinesmith, Kevin

Clinton, Hillary R.

Comey, James

Crenny, Kevin P.

*Donald J. Trump, et al. v. Hillary R. Clinton, et al.*,
Case Nos. 22-13410-H, 22-14099-H, 23-10387-H & 23-13177-H
Certificate of Interested Persons (Cont'd)

Crowley, Shawn Geovjian

Danchenko, Igor

Democratic National Committee

DNC Services Corporation

Does, John

Dolan, Jr., Charles Halliday

Doumar, George R.A.

Eisen, Allison

Elias, Marc

Epps, Alexandra N.

Erickson-Pogorzelski, Anthony

Fassbender, Diana Marie

Feldman, Maximillian

Fels, Adam Seth

Fritsch, Peter

Fusion GPS

Garcez, Isabela M.

*Donald J. Trump, et al. v. Hillary R. Clinton, et al.*,
Case Nos. 22-13410-H, 22-14099-H, 23-10387-H & 23-13177-H
Certificate of Interested Persons (Cont'd)

Garza, Kathryn E.

Gillenwater, James E.

Gonzalez, Juan Antonio

Greenberg, Gerald Edward

Habba, Alina

Habba Madaio & Associates

Harrington, Howard J.

Hart, Nancy

HFAAC, Inc.

Houlihan, Michael F.

Hunt, Patrick, Honorable

Janda, Sean R.

Joffe, Rodney

Kaplan, Roberta A.

Kastrenakes, Eleni Sevasti

Kendall, David Evan

Kiyonaga, Paul Y.

Klauber, Debra

*Donald J. Trump, et al. v. Hillary R. Clinton, et al.*,
Case Nos. 22-13410-H, 22-14099-H, 23-10387-H & 23-13177-H
Certificate of Interested Persons (Cont'd)

Klugh, Richard C.

Letter, Douglas

Levine, Jonathan Edward

Levy, Joshua

Lipshultz, Zachary Andrew

Madaio, Michael T.

Markus, David Oscar

Martinez, Roberto

McCabe, Andrew

McCarthy, John

McNichols, John Marcus

Meeks, Katherine Moran

Mestitz, Michael

Middlebrooks, Donald M. Honorable

Monsour, Jr. Franklin George

Mook, Robert E.

Muha, Christopher

*Donald J. Trump, et al. v. Hillary R. Clinton, et al.*,
Case Nos. 22-13410-H, 22-14099-H, 23-10387-H & 23-13177-H
Certificate of Interested Persons (Cont'd)

Neuman, Sarah E.

Neustar Security Services

Neustar, Inc.

Ohr, Bruce

Ohr, Nellie

Olmedo-Rodriguez, Jennifer

Orbis Business Intelligence, Ltd.

Otterberg, April A.

Page, Lisa

Peacock, Benjamin

Perkins Coie, LLC.

Pettis, Eugene K.

Pinto, Paola

Pittard, William

Podesta, John

Reines, Phillipe

Reilly, Wendy B.

*Donald J. Trump, et al. v. Hillary R. Clinton, et al.*,
Case Nos. 22-13410-H, 22-14099-H, 23-10387-H & 23-13177-H
Certificate of Interested Persons (Cont'd)

Roberts, Jared Joseph

Rosenstein, Rod

Sainvil, Akiesha Renee Gilcrist

Salzman, Joshua M

Sasson, Jamie Alan

Schar, Reid J.

Schiff, Adam

Schultz, Deborah Wasserman

Sigler, Geoffrey M.

Simpson, Glenn

Soto, Edward

Southall, Samantha

Steele, Christopher

Stekloff, Brian L.

Strzok, Peter

Sullivan, Jake

Sussman, Michael

*Donald J. Trump, et al. v. Hillary R. Clinton, et al.*,
Case Nos. 22-13410-H, 22-14099-H, 23-10387-H & 23-13177-H
Certificate of Interested Persons (Cont'd)

Terrell, Stephen R.

The Ticktin Law Group

Ticktin, Peter David

Touhey, James G.

Trout, Robert P.

Trump, Donald J.

Turner, Katherine M.

Tyrrell, Steven

United States of America

Warin, Francis Joseph

    Neustar, Inc. is a wholly owned subsidiary of TransUnion, which is a publicly traded entity at NYSE:TRU.

## APPELLANTS' UNOPPOSED MOTION TO EXTEND TIME TO FILE APPELLANTS' REPLY BRIEF

Appellants President Donald J. Trump, Alina Habba, Michael T. Madaio, Habba Madaio & Associates, Peter Ticktin, Jamie Alan Sasson, and The Ticktin Law Group, by and through counsel, respectfully move to extend by 30 days the time to file their reply brief. The circumstances of the case and the interest of justice warrant granting the requested relief.

1. Appellants' reply brief in these consolidated appeals is due to be filed on July 31, 2024. Appellants have previously been granted a telephonic 30-day extension of time. Appellants seek to extend the time to file their reply brief in light of both case-specific and schedule-conflict factors, including the complexity and multifaceted nature of the issues presented in the consolidated appeals arising from the district court's rulings relating to dismissal of the civil complaint, imposition of sanctions against the plaintiff and plaintiff's attorneys and thereafter, following a limited remand by this Court, denial of motions relating to consideration of material presented in the Special Counsel report, identified in the record as the Durham Report. The Appellees have filed two briefs, consisting of approximately 20,000 words and two motions for costs and fees, one of which has been briefed, with the other set for Appellants' filing of a response on August 5, 2024.

2. The multiplicity of issues raised by individual Appellees and the factually detailed and, in part, first impression nature of the issues warrants considerable additional research and review by Appellants' counsel. The record is

1

voluminous, with approximately 350 docketed filings, including numerous oversized memoranda and exhibits, as well as affidavits and presentations by more than a dozen parties. The need for additional review, research, and a further opportunity for client consultation warrant granting the extension requested.

3. Counsel's schedule conflicts also contribute to the basis for this motion, including, over the next two weeks, due dates for the filing of briefs in this Court in *United States v. Patel*, No. 23-13292, on July 31, 2024, *United States v. Rivera*, No. 24-11161, on August 1, 2024, and *Chacon v. United States*, No. 23-10403, on August 2, 2024, along with the scheduled filing of the response to motion for sanctions in No. 22-14099 (one of the instant consolidated appeals) on August 5, 2024, the reply brief in *United States v. Golestan*, 4th Cir. No. 23-4583, on August 5, 2024, and the petition for writ of certiorari in 11th Cir. No. 21-12352, on August 6, 2024. Counsel also face memorandum filing deadlines in federal civil cases in Washington, D.C., and the Northern District of Texas in the next two weeks, and counsel must file presentence objections in *United States v. Rene*, S.D. Fla. No. 24-cr-20020, on July 31, 2024, and post-trial motions in that case on August 8, 2024.

4. The interests of justice and judicial economy will be served by permitting this extension of time in the context of the multiple consolidated appeals. Appellants' counsel conferred with Appellees' counsel regarding the relief sought in this motion and all Appellees have consented to this extension request.

WHEREFORE, Appellants respectfully request that this Court extend the time to file the reply brief by 30 days, such that the brief will be due on August 30, 2024.

Respectfully submitted,

| | |
|---|---|
| Jared J. Roberts, Esq. |   s/ Richard C. Klugh |
| Jesse R. Binnall, Esq. | Richard C. Klugh, Esq. |
| BINNALL LAW GROUP, PLLC | RICHARD C. KLUGH, P.A. |
| 717 King Street, Suite 200 | 40 N.W. 3rd Street, PH1 |
| Alexandria, Virginia 22314 | Miami, Florida 33128 |
| Tel. (703) 888-1943 | Tel. (305) 536-1191 |
| Email: jared@binnall.com | rklugh@klughlaw.com |
|        jesse@binnall.com | |

*Counsel for President Donald J. Trump, Alina Habba, Michael T. Madaio, Habba Madaio & Associates, Peter Ticktin, Jamie Alan Sasson, and The Ticktin Law Group*

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion contains 545 words and complies with the typeface and type-style requirement of Fed. R. App. P. 32(a)(5) and (6) because it was prepared in a WordPerfect proportionally spaced Times New Roman 14-point font.

  s/ Richard C. Klugh
Richard C. Klugh, Esq.

3