Nos. 22-13410-H, 22-14099-H, 23-10387-H & 23-13177-H

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

**DONALD J. TRUMP, et al.,**

Appellants,

v.

**HILLARY R. CLINTON, et al.,**

Appellees.

On Appeal from the United States District Court
for the Southern District of Florida

**APPELLANTS' MOTION TO EXCEED WORD LIMIT AND MOTION
FOR FINAL EXTENSION OF TIME TO FILE REPLY BRIEF**

**JARED J. ROBERTS, ESQ.**
**JESSE R. BINNALL, ESQ.**
**BINNALL LAW GROUP, PLLC**
717 King Street, Suite 200
Alexandria, Virginia 22314
Tel. (703) 888-1943

**RICHARD C. KLUGH, ESQ.**
**Counsel for Appellants**
40 N.W. 3rd Street, PH1
Miami, Florida 33128
Tel. (305) 536-1191

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Appellants file this Certificate of Interested Persons and Corporate Disclosure Statement, listing the parties and entities interested in this appeal, as required by 11th Cir. R. 26.1.

ABC Corporations

Aytch, Enjolique Dion

Barry, Stephen

Barzee, William R.

Berkowitz, Sean M.

Berman, Joshua Adam

Binnall, Jesse R.

Bosworth, Michael S.

Brozinsky, Noah

Ceresney, Andrew J.

Clattenburg, Rachel

Clinesmith, Kevin

Clinton, Hillary R.

Comey, James

Crenny, Kevin P.

*Donald J. Trump, et al. v. Hillary R. Clinton, et al.*,
Case Nos. 22-13410-H, 22-14099-H, 23-10387-H & 23-13177-H
Certificate of Interested Persons (Cont'd)

Crowley, Shawn Geovjian

Danchenko, Igor

Democratic National Committee

DNC Services Corporation

Does, John

Dolan, Jr., Charles Halliday

Doumar, George R.A.

Eisen, Allison

Elias, Marc

Epps, Alexandra N.

Erickson-Pogorzelski, Anthony

Fassbender, Diana Marie

Feldman, Maximillian

Fels, Adam Seth

Fritsch, Peter

Fusion GPS

Garcez, Isabela M.

*Donald J. Trump, et al. v. Hillary R. Clinton, et al.*,
Case Nos. 22-13410-H, 22-14099-H, 23-10387-H & 23-13177-H
Certificate of Interested Persons (Cont'd)

Garza, Kathryn E.

Gillenwater, James E.

Gonzalez, Juan Antonio

Greenberg, Gerald Edward

Habba, Alina

Habba Madaio & Associates

Harrington, Howard J.

Hart, Nancy

HFAAC, Inc.

Houlihan, Michael F.

Hunt, Patrick, Honorable

Janda, Sean R.

Joffe, Rodney

Kaplan, Roberta A.

Kastrenakes, Eleni Sevasti

Kendall, David Evan

Kiyonaga, Paul Y.

Klauber, Debra

*Donald J. Trump, et al. v. Hillary R. Clinton, et al.*,
Case Nos. 22-13410-H, 22-14099-H, 23-10387-H & 23-13177-H
Certificate of Interested Persons (Cont'd)

Klugh, Richard C.

Letter, Douglas

Levine, Jonathan Edward

Levy, Joshua

Lipshultz, Zachary Andrew

Madaio, Michael T.

Markus, David Oscar

Martinez, Roberto

McCabe, Andrew

McCarthy, John

McNichols, John Marcus

Meeks, Katherine Moran

Mestitz, Michael

Middlebrooks, Donald M. Honorable

Monsour, Jr. Franklin George

Mook, Robert E.

Muha, Christopher

*Donald J. Trump, et al. v. Hillary R. Clinton, et al.*,
Case Nos. 22-13410-H, 22-14099-H, 23-10387-H & 23-13177-H
Certificate of Interested Persons (Cont'd)

Neuman, Sarah E.

Neustar Security Services

Neustar, Inc.

Ohr, Bruce

Ohr, Nellie

Olmedo-Rodriguez, Jennifer

Orbis Business Intelligence, Ltd.

Otterberg, April A.

Page, Lisa

Peacock, Benjamin

Perkins Coie, LLC.

Pettis, Eugene K.

Pinto, Paola

Pittard, William

Podesta, John

Reines, Phillipe

Reilly, Wendy B.

*Donald J. Trump, et al. v. Hillary R. Clinton, et al.*,
Case Nos. 22-13410-H, 22-14099-H, 23-10387-H & 23-13177-H
Certificate of Interested Persons (Cont'd)

Roberts, Jared Joseph

Rosenstein, Rod

Sainvil, Akiesha Renee Gilcrist

Salzman, Joshua M

Sasson, Jamie Alan

Schar, Reid J.

Schiff, Adam

Schultz, Deborah Wasserman

Sigler, Geoffrey M.

Simpson, Glenn

Soto, Edward

Southall, Samantha

Steele, Christopher

Stekloff, Brian L.

Strzok, Peter

Sullivan, Jake

Sussman, Michael

*Donald J. Trump, et al. v. Hillary R. Clinton, et al.*,
Case Nos. 22-13410-H, 22-14099-H, 23-10387-H & 23-13177-H
Certificate of Interested Persons (Cont'd)

Terrell, Stephen R.

The Ticktin Law Group

Ticktin, Peter David

Touhey, James G.

Trout, Robert P.

Trump, Donald J.

Turner, Katherine M.

Tyrrell, Steven

United States of America

Warin, Francis Joseph

    Neustar, Inc. is a wholly owned subsidiary of TransUnion, which is a publicly traded entity at NYSE:TRU.

# APPELLANTS' MOTION TO EXCEED WORD LIMIT AND MOTION FOR FINAL EXTENSION OF TIME TO FILE REPLY BRIEF

Appellants President Donald J. Trump, Alina Habba, Michael T. Madaio, Habba Madaio & Associates, Peter Ticktin, Jamie Alan Sasson, and The Ticktin Law Group, through counsel, respectfully move to exceed the word limit for their joint reply by 3,500 words so that the brief will be no more than 10,000 words and further move for a final extension of time of 28 days to file the reply brief. The circumstances of the case and the interest of justice warrant granting the requested relief.

1.      Appellants' reply brief in these consolidated appeals is due to be filed on August 30, 2024.  Appellees filed two answer briefs, each of which was a joint brief for multiple Appellees.  This Court permitted the Appellees cumulatively to have a total word limit of 24,000 words. *See* Doc. 153.  As filed, the brief of Appellees Clinton, *et al.*, is 17,975 words in length, and the brief of Appellees Orbis Business Intelligence Ltd., *et al.,* consists of 5,673 words.

2.      Appellants' request to exceed the 6500-word limit for their joint reply brief is supported by the number of factual and legal issues and principal and alternative arguments made by the Appellees in their extensive answer briefs, including varying arguments among the various Appellees. Additionally, this request is warranted because of complexity and multifaceted nature of the issues presented in the consolidated appeals arising from the district court's rulings relating to dismissal of the civil complaint, imposition of sanctions against the plaintiff and plaintiff's attorneys and, following a limited remand by this Court, denial of motions

relating to consideration of material presented in the extensive Special Counsel report (the Durham Report) that is pertinent to the issues in this appeal.

3. The multiplicity of issues addressed by individual Appellees and the factually detailed and, in part, first impression nature of the issues warrant exceeding the word limit for the joint reply brief of the multiple Appellants. The record is voluminous, with approximately 350 docketed filings, including numerous oversized memoranda and exhibits, as well as affidavits and presentations by more than a dozen parties. The Durham report itself references voluminous supporting materials. Appellees' briefs cite more than 200 authorities and include numerous relevant record citations. Appellants' request to exceed the word limit is intended to reasonably enable them to address these matters adequately in the reply brief.

4. Counsel for Appellants have consulted with counsel for the Appellees. Appellees have expressed no opposition to the 10,000-word limit requested for Appellants' joint reply brief.

5. In addition to excess words, the time needed by Appellants to complete review, research, drafting, and client consultation warrants granting Appellants' motion for a final extension of time of 28 days for filing the joint reply brief. The requested final extension is reasonable in the unique circumstances of this case which raises issues of a complex nature, including as to the Durham Report (a years-long investigation spanning two Presidential administrations) and its relevance to Appellants' amended complaint and related arguments.

6. Appellants' reply brief was originally due to be filed on July 1, 2024,

following the filing of the last of the Appellees' answer briefs (which was filed out of time without opposition by Appellants). Appellants have previously sought and were granted, without opposition, extensions of time to the present due date of August 30, 2024. In the intervening period, however, substantial additional litigation was undertaken in this appeal, with Appellees Charles Dolan (on July 9, 2024) and Orbis Business Intelligence (on June 3, 2024) separately filing motions for sanctions on appeal. Appellants filed their response to the Orbis sanctions motion on July 2, 2024 and their response to the Dolan sanctions motion on August 5, 2024. Orbis filed its reply on July 15, 2024, and Dolan filed his reply on August 12, 2024. The briefing just on these Orbis and Dolan appellate motions amounts to more than 20,000 words, not including exhibits newly provided by these Appellees.

7. The instant final requested extension by Appellants is warranted given the approximately 24,000-word total of the answer briefs, the extensive intervening litigation initiated by Appellees for which briefing concluded two weeks ago, and the competing schedule demands of undersigned counsel who has responsibility for the filing of the reply brief. To meet the scheduling demands, counsel has retained an additional associate attorney beginning on August 28, 2024, and has engaged additional counsel to help move forward as quickly as possible to address all relevant issues in this case.

8. Counsel's schedule includes the need to file within the next ten days initial briefs in multiple criminal appeals in this Court, including in *United States v. Waked Hatum*, 11th Cir. No. 22-13312, on August 29, 2024; and *United States v.*

*Alexander*, Nos. 23-11322 & 23-12282, on September 3, 2024, as well as a petition for writ of certiorari in the Supreme Court. Counsel filed the initial brief in *United States v. Gatta*, 11th Cir. No. 24-10631, on August 26, 2024, and the reply brief in *United States v. Golestan*, 4th Cir. No. 23-4583, on August 19, 2024. Counsel was required to also file on August 19, 2024 extensive presentence memoranda in two federal criminal cases, *United States v. Rene*, S.D. Fla. No. 24-cr-20020-JEM, and *United States v. Polit*, S.D. Fla. No. 22-200114-cr-KMW, which are set for contested sentencing hearings within the next three weeks. Counsel concluded work in another federal sentencing hearing on August 23, 2024, and counsel faces multiple briefing and hearing deadlines in additional cases in this Court and federal district courts from August 29 to September 16, 2024.

9.     The interests of justice and judicial economy will be served by permitting this extension of time in the context of the multiple consolidated appeals. Appellants' counsel conferred with Appellees' counsel regarding the relief sought in this motion and all Appellees oppose this extension request.[1]

---

[1] Appellee Hillary Clinton, speaking as well for several of the other Appellees, requested that her grounds of opposition stated in an email to Appellants' counsel be noted. Appellee Clinton advises that opposition to the motion is premised on the "delayed" briefing in this case, where

> [t]he earliest of these consolidated appeals (22-13410) was docketed on October 11, 2022. After a lengthy series of motions to consolidate (which automatically stayed the briefing schedule) and Appellants' request for an indicative opinion from the district court (which denied the relief requested but further delayed these appeals), a briefing schedule was issued. Appellants then received four separate extensions for their opening brief, which was filed on February 27, 2024.

WHEREFORE, Appellants respectfully request that this Court grant their motion to exceed the word limit and permit them to file a reply brief of no more than 10,000 words and grant their motion for a final extension of time of 28 days to file their joint reply brief, such that the reply brief will be due not later than September 27, 2024.

Respectfully submitted,

| | |
|---|---|
| Jared J. Roberts, Esq. | /s/ Richard C. Klugh |
| Jesse R. Binnall, Esq. | Richard C. Klugh, Esq. |
| BINNALL LAW GROUP, PLLC | RICHARD C. KLUGH, P.A. |
| 717 King Street, Suite 200 | 40 N.W. 3rd Street, PH1 |
| Alexandria, Virginia 22314 | Miami, Florida 33128 |
| Tel. (703) 888-1943 | Tel. (305) 536-1191 |
| Email: jared@binnall.com | rklugh@klughlaw.com |
| jesse@binnall.com | |

*Counsel for President Donald J. Trump, Alina Habba, Michael T. Madaio, Habba Madaio & Associates, Peter Ticktin, Jamie Alan Sasson, and The Ticktin Law Group*

### CERTIFICATE OF COMPLIANCE

I hereby certify that this motion contains 1,215 words and complies with the typeface and type-style requirement of Fed. R. App. P. 32(a)(5) and (6) because it was prepared in a WordPerfect proportionally spaced Times New Roman 14-point font.

/s/ Richard C. Klugh
Richard C. Klugh, Esq.

---

Appellees took a single extension to file their answering briefs. Appellees have already received two extensions to file their reply brief. No good cause is set forth ... to justify further delay or state why your entire team is unable to complete a reply brief.

5