IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

Nos. 22-13410, 22-14099, 23-10387, & 23-13177

Donald J. Trump et al.,

*Appellants*

v.

Hillary R. Clinton et al.,

*Appellees*

On Appeal from the United States District Court
for the Southern District of Florida,
Case No. 22-cv-14102 (Hon. Donald M. Middlebrooks)

**APPELLEE HILLARY R. CLINTON'S RESPONSE TO
DONALD TRUMP'S MOTION FOR EXTENSION OF TIME**

David E. Kendall
Katherine M. Turner
Michael J. Mestitz
WILLIAMS & CONNOLLY LLP
680 Maine Ave S.W.
Washington, DC 20024
Tel: (202) 434-5000
dkendall@wc.com

David Oscar Markus
MARKUS/MOSS PLLC
40 NW 3rd Street, PH 1
Miami, FL 33128
Tel: (305) 379-6667
dmarkus@markuslaw.com

*Attorneys for Appellee
Hillary R. Clinton*

# CERTIFICATE OF INTERESTED PERSONS

Appellees file this Certificate of Interested Persons listing the parties and entities interested in this appeal, as required by 11th Cir. R. 26.1.

ABC Corporations

Aytch Lett, Enjolique Dion

Barry, Stephen

Berkowitz, Sean M.

Berman, Joshua Adam

Binnall, Jesse R.

Ceresney, Andrew J.

Clattenburg, Rachel

Clinton, Hillary R.

Crenny, Kevin P.

Crowley, Shawn Geovjian

Danchenko, Igor

Democratic National Committee

DNC Services Corporation

Does, John

Dolan, Jr., Charles Halliday

Doumar, George R.A.

Eisen, Allison

Elias, Marc

Erickson-Pogorzelski, Anthony

Fassbender, Diana Marie

Feldman, Maximillian

Fels, Adam Seth

Fritsch, Peter

Fusion GPS

Garcez, Isabela M.

Garza, Kathryn E.

Gillenwater, James E.

Greenberg, Gerald Edward

Habba, Alina

Habba Madaio & Associates

Harrington, Howard J.

Hart, Nancy E.

HFACC, Inc.

Howard, Eleni Kastrenakes

Hunt, Honorable Patrick

Iguina Gonzalez, Carmen

Joffe, Rodney

Kaplan, Roberta A.

Kendall, David Evan

Klauber, Debra Potter

Klugh, Richard C.

Levine, Jonathan Edward

Levy, Joshua

Lipshultz, Zachary Andrew

Madaio, Michael T.

Markus, David Oscar

Martinez, Roberto

McNichols, John Marcus

Meeks, Katherine Moran

Mestitz, Michael

Middlebrooks, Honorable Donald M.

Monsour, Jr., Franklin George

Mook, Robert E.

Neuman, Sarah E.

Neustar Security Services

Neustar, Inc.

Ohr, Bruce

Ohr, Nellie

Olmedo-Rodriguez, Jennifer

Orbis Business Intelligence, Ltd.

Otterberg, April A.

Peacock, Benjamin

Perkins Coie LLP

Pettis, Eugene K.

Pinto, Paola

Podesta, John

Reines, Philippe

Reilly, Wendy B.

Roberts, Jared Joseph

Rozen, Matthew S.

Sainvil, Akiesha Renee Gilcrist

Sasso, James N.

Sasson, Jamie Alan

Schar, Reid J.

Schultz, Deborah Wasserman

Sigler, Geoffrey M.

Simpson, Glenn

Soto, Edward

Southall, Samantha

Steele, Christopher

Stekloff, Brian L.

Sullivan, Jake

Sussmann, Michael

Terrell, Stephen R.

Ticktin Law Group

Ticktin, Peter David

Trout, Robert P.

Trump, Donald J.

Turner, Katherine M.

Tyrrell, Steven

Warin, Francis Joseph

Wylie, John W.

## APPELLEE HILLARY R. CLINTON'S RESPONSE TO DONALD TRUMP'S MOTION FOR EXTENSION OF TIME

On August 19, 2024, Appellees sought from counsel "one more extension of 28 days [to file their reply brief in this case], up to and including September 27, 2024 . . . due to pressing hearings occurring in other cases." On that same day, Appellee Clinton, joined by several other Appellees, denied consent, stating that "[n]o good cause is set forth for this third extension. You assert that your request is occasioned by 'pressing hearings occurring in other cases', but you do not specify what proceedings might be occurring in the month of August to justify further delay or state why your entire team is unable to complete a reply brief."

On the basis of the representations Appellants make in their present motion, Appellee Clinton does not oppose the present extension request.

- 2 -

Dated: August 27, 2024                    Respectfully submitted,

                                                             By: /s/ *David Oscar Markus*

| | |
|---|---|
| David Oscar Markus | David E. Kendall |
| MARKUS/MOSS PLLC | Katherine M. Turner |
| 40 NW 3rd Street, PH 1 | Michael J. Mestitz |
| Miami, FL 33128 | WILLIAMS & CONNOLLY LLP |
| Tel: (305) 379-6667 | 680 Maine Avenue, S.W. |
| | Washington, DC 20024 |
| | Tel: (202) 434-5000 |
| | dkendall@wc.com |

*Attorneys for Hillary Rodham Clinton*

## CERTIFICATE OF COMPLIANCE

This response complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 145 words.

This response also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5) and (a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point, Century Schoolbook font.

Dated: August 27, 2024                     */s/ David Oscar Markus*
                                           David Oscar Markus

## CERTIFICATE OF SERVICE

I hereby certify that, on August 27, 2024, a copy of the foregoing response was filed with the Clerk of Court using this Court's CM/ECF system, which will serve a copy on all counsel of record.

*/s/ David Oscar Markus*
David Oscar Markus