# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-13410

_____

DONALD J. TRUMP,

                                                           Plaintiff-Appellant,

*versus*

HILLARY R. CLINTON,
DEMOCRATIC NATIONAL COMMITTEE,
HFACC, INC.,
DNC SERVICES CORPORATION,
PERKINS COIE, LLC, et al.,

                                                           Defendants-Appellees.

2                          Order of the Court                          22-13410

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 2:22-cv-14102-DMM

No. 23-10387

DONALD J. TRUMP,

                                                                                  Plaintiff-Appellant,

ALINA HABBA,
HABBA MADAIO & ASSOCIATES,

                                                     Interested Parties-Appellants,

*versus*

HILLARY R. CLINTON,
DEMOCRATIC NATIONAL COMMITTEE,
HFACC, INC.,
DNC SERVICES CORPORATION,
DEBORAH WASSERMAN SCHULTZ, et al.,

22-13410　　　　　　　　Order of the Court　　　　　　　　3

Defendants-Appellees,

PERKINS COIE, LLC, et al.,

Defendants.

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 2:22-cv-14102-DMM

No. 23-13177

DONALD J. TRUMP,
ALINA HABBA,
MICHAEL T. MADAIO,
HABBA MADAIO & ASSOCIATES,
PETER TICKTIN, et al.,

Plaintiffs-Appellants,

4                      Order of the Court                      22-13410

*versus*

HILLARY R. CLINTON,
DEMOCRATIC NATIONAL COMMITTEE,
HFACC, INC.,
DNC SERVICES CORPORATION,
PERKINS COIE, LLC, et al.,

                                                                   Defendants-Appellees,

JAMES COMEY, et al.,

                                                                     Defendants.

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 2:22-cv-14102-DMM

No. 22-14099

DONALD J. TRUMP,

22-13410　　　　　　　　　Order of the Court　　　　　　　　　5

Plaintiff,

ALINA HABBA,
MICHAEL T. MADAIO,
HABBA MADAIO & ASSOCIATES,
PETER TICKTIN,
JAMIE A. SASSON,
THE TICKTIN LAW GROUP, et al.,

Plaintiffs-Appellants

*versus*

HILLARY R. CLINTON, et al.,

Defendants,

CHARLES HALLIDAY DOLAN JR.,

Defendant-Appellee.

---

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 2:22-cv-14102-DMM

---

6　　　　　　　　　　　Order of the Court　　　　　　　　　　　22-13410

ORDER:

Motion to withdraw as counsel filed by Attorney Katherine Moran Meeks for Appellee Perkins Coie, LLC is GRANTED.

_____
UNITED STATES CIRCUIT JUDGE