# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-13410

_____

DONALD J. TRUMP,

                                                        Plaintiff-Appellant,

*versus*

HILLARY R. CLINTON,
DEMOCRATIC NATIONAL COMMITTEE,
HFACC, INC.,
DNC SERVICES CORPORATION,
PERKINS COIE, LLC, et al.,

                                                        Defendants-Appellees.

2                      Order of the Court                      22-13410

_____

No. 22-14099

_____

DONALD J. TRUMP,

                                                                                                      Plaintiff,

ALINA HABBA,
MICHAEL T. MADAIO,
HABBA MADAIO & ASSOCIATES,
PETER TICKTIN,
JAMIE A. SASSON,
THE TICKTIN LAW GROUP, et al.,

                                                                        Plaintiffs-Appellants

*versus*

HILLARY R. CLINTON, et al.,

                                                                                       Defendants,

CHARLES HALLIDAY DOLAN JR.,

                                                                             Defendant-Appellee.

22-13410 Order of the Court 3

_____

No. 23-10387

_____

DONALD J. TRUMP,

                                        Plaintiff-Appellant,

ALINA HABBA,
HABBA MADAIO & ASSOCIATES,

                                        Interested Parties-Appellants,

*versus*

HILLARY R. CLINTON,
DEMOCRATIC NATIONAL COMMITTEE,
HFACC, INC.,
DNC SERVICES CORPORATION,
DEBORAH WASSERMAN SCHULTZ, et al.,

                                        Defendants-Appellees,

PERKINS COIE, LLC, et al.,

                                        Defendants.

4                  Order of the Court                  22-13410

_____

No. 23-10536

_____

DONALD J. TRUMP,

                                                                                             Plaintiff,

JOHN J. MCCARTHY,

                                   Interested Party-Appellant,

*versus*

HILLARY R. CLINTON,
DEMOCRATIC NATIONAL COMMITTEE,
HFACC, INC.,
DNC SERVICES CORPORATION,
DEBORAH WASSERMAN SCHULTZ, et al.,

                                                        Defendants-Appellees,

PERKINS COIE, LLC, et al.,

                                                                      Defendants.

_____

No. 23-13177

_____

DONALD J. TRUMP,
ALINA HABBA,
MICHAEL T. MADAIO,
HABBA MADAIO & ASSOCIATES,
PETER TICKTIN, et al.,

                                                                Plaintiffs-Appellants,

*versus*

HILLARY R. CLINTON,
DEMOCRATIC NATIONAL COMMITTEE,
HFACC, INC.,
DNC SERVICES CORPORATION,
PERKINS COIE, LLC, et al.,

                                                                 Defendants-Appellees,

6　　　　　　　　　　　Order of the Court　　　　　　　　　　22-13410

JAMES COMEY, et al.,

　　　　　　　　　　　　　　　　　　　　　　　　　　　Defendants.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 2:22-cv-14102-DMM

_____

ORDER:

　　Appellants' unopposed motion to exceed the word limitation in their consolidated reply brief and to enlarge the time to file that brief is GRANTED. The consolidated reply brief, which may not exceed 10,000 words, is due by September 27, 2024.


　　　　　　　　　　　　　　　　/s/ Kevin C. Newsom　　　　　　
　　　　　　　　　　　　　　　　UNITED STATES CIRCUIT JUDGE