# In the
# United States Court of Appeals
## For the Eleventh Circuit

---

No. 22-13410

---

DONALD J. TRUMP,

                                                          Plaintiff-Appellant,

*versus*

HILLARY R. CLINTON,
DEMOCRATIC NATIONAL COMMITTEE,
HFACC, INC.,
DNC SERVICES CORPORATION,
PERKINS COIE, LLC, et al.,

                                                          Defendants-Appellees.

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 2:22-cv-14102-DMM

No. 23-10387

DONALD J. TRUMP,

                                                     Plaintiff-Appellant,

ALINA HABBA,
HABBA MADAIO & ASSOCIATES,

                                          Interested Parties-Appellants,

*versus*

HILLARY R. CLINTON,
DEMOCRATIC NATIONAL COMMITTEE,
HFACC, INC.,
DNC SERVICES CORPORATION,
DEBORAH WASSERMAN SCHULTZ, et al.,

22-13410  Order of the Court  3

Defendants-Appellees,

PERKINS COIE, LLC, et al.,

Defendants.

---

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 2:22-cv-14102-DMM

---

No. 23-13177

---

DONALD J. TRUMP,
ALINA HABBA,
MICHAEL T. MADAIO,
HABBA MADAIO & ASSOCIATES,
PETER TICKTIN, et al.,

Plaintiffs-Appellants,

4                    Order of the Court                    22-13410

*versus*

HILLARY R. CLINTON,
DEMOCRATIC NATIONAL COMMITTEE,
HFACC, INC.,
DNC SERVICES CORPORATION,
PERKINS COIE, LLC, et al.,

                                                           Defendants-Appellees,

JAMES COMEY, et al.,

                                                           Defendants.

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 2:22-cv-14102-DMM

_____

No. 22-14099

_____

DONALD J. TRUMP,

22-13410  Order of the Court  5

Plaintiff,

ALINA HABBA,
MICHAEL T. MADAIO,
HABBA MADAIO & ASSOCIATES,
PETER TICKTIN,
JAMIE A. SASSON,
THE TICKTIN LAW GROUP, et al.,

Plaintiffs-Appellants

versus

HILLARY R. CLINTON, et al.,

Defendants,

CHARLES HALLIDAY DOLAN JR.,

Defendant-Appellee.

────────────────

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 2:22-cv-14102-DMM

────────────────

6            Order of the Court            22-13410

ORDER:

Motion to withdraw as counsel filed by Attorney Roberta A. Kaplan for Appellees Democratic National Committee, DNC Services Corporation and Deborah Wasserman Schultz is GRANTED.

_____
UNITED STATES CIRCUIT JUDGE