**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

David J. Smith                                                                         In Replying Give Number
Clerk                                                                                  Of Case and Names of Parties

May 2, 2025

**NOTICE TO COUNSEL OR PARTIES IN CASES LISTED BELOW:**

The following cases are scheduled for oral argument during the week of **AUGUST 11, 2025, IN ATLANTA, GEORGIA.  COURT WILL BE HELD TUESDAY-FRIDAY OF THIS WEEK.  COUNSEL WILL RECEIVE A FINAL CALENDAR APPROXIMATELY 6-8 WEEKS IN ADVANCE OF THE SESSION ASSIGNING A SPECIFIC DATE OF ORAL ARGUMENT.  IF THERE ARE ANY PENDING RELATED APPEALS, COUNSEL SHOULD NOTIFY THE CLERK AS SOON AS POSSIBLE.**  *Please note that after an appeal is assigned to a specific day for oral argument, any change in or addition to counsel in the appeal requires leave of court.  See 11th Cir.R.34-4(e).  An amicus curiae may participate in oral argument only with the Court's permission.  See FRAP 29(a)(8).*

If counsel has any insoluble scheduling conflicts which would interfere with argument during that week, please telephone this office **AS SOON AS POSSIBLE** at 404-335-6166 or email Jenifer_Tubbs@ca11.uscourts.gov

**JENIFER TUBBS**
Court Sessions Supervisor

---

***PLEASE TELEPHONE THIS OFFICE IMMEDIATELY WITH ANY SCHEDULING REQUESTS.
PLEASE REFER TO CALENDAR #21.***

| Case No. | Case Name |
|---|---|
| 24-11099 | Elnoria Howell v. Baldwin County Board of Education, et al. (REVISED ARGUMENT DATE) |
| 24-10875 | Florida Agency for Health Care Administration, et al. v. Administrator for the Centers of Medicare & Medicaid Services, et al. |
| 24-10041 | United States v. Krystal Pinkins |
| 24-11091 | Samantha Markle v. Meghan Markle |
| 24-11398 | Allied Property & Casualty Insurance Company, et al. v. Bloodworth Wholesale Drugs Inc. |
| 24-10223 | Dish Network L.L.C. v. Gaby Fraifer, et al. |
| 24-10131 & 24-11499 | United States v. Jason Starr, et al. |
| 24-10938 | United States v. Hassan Jones |
| 24-11192 | Eboni Williams, et al. v. Gerald Shapiro, et al. |
| 24-11548 | Clara Aranda, et al. v. Commissioner of Social Security |
| 24-12482 | Great Bowery Inc. v. Consequence Sound LLC, et al. |
| 23-13085 & 23-13095 | In re:  Georgia Senate Bill 202 |
| 24-12148 | Jon Hoak, et al. v. NCR, et al. |
| 24-11487 | Luis Rodriguez, et al. v. Imperial Brands, PLC, et al. |
| 22-13410 | Donald Trump v. Hillary Clinton, et al. (Consolidated with 22-14089, 23-10387 and 23-13177) (REVISED ARGUMENT DATE) |
| 23-13029 | Ramona Bivins v. Gail Hambrick |