Nos. 22-13410, 23-13177, & 23-10387

# In the United States Court of Appeals for the Eleventh Circuit

---

DONALD J. TRUMP, ET AL.,
*APPELLANTS*

*v.*

HILLARY R. CLINTON, ET AL.,
*APPELLEES*

---

*ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(CASE NO. 22-CV-14102)
(THE HONORABLE DONALD M. MIDDLEBROOKS, J.)*

---

**MOTION TO WITHDRAW AS COUNSEL FOR APPELLEES DEMOCRATIC NATIONAL COMMITTEE, DNC SERVICES CORPORATION, AND DEBORAH WASSERMAN SCHULTZ**

# CERTIFICATE OF INTERESTED PERSONS

Appellees file this Certificate of Interested Persons listing the parties and entities interested in this appeal, as required by 11th Circuit Rule 26.1.

ABC Corporations

Aytch Lett, Enjolique Dion

Barry, Stephen

Barzee, William R.

Berkowitz, Sean M.

Berman, Joshua Adam

Binnall, Jesse R.

Ceresney, Andrew J.

Clattenburg, Rachel

Clinton, Hillary R.

Crenny, Kevin P.

Crowley, Shawn Geovjian

Danchenko, Igor

Democratic National Committee

DNC Services Corporation

Does, John

Dolan, Jr., Charles Halliday

Doumar, George R.A.

Eisen, Allison

Elias, Marc

Erickson-Pogorzelski, Anthony

Fassbender, Diana Marie

Feldman, Maximillian

Fels, Adam Seth

Fritsch, Peter

Fusion GPS

Garcez, Isabela M.

Garza, Kathryn E.

Gillenwater, James E.

Greenberg, Gerald Edward

Habba, Alina

Habba Madaio & Associates

Harrington, Howard J.

Hart, Nancy E.

HFACC, Inc.

Howard, Eleni Kastrenakes

Hunt, Honorable Patrick

Iguina Gonzalez, Carmen

Joffe, Rodney

Kaplan, Roberta A.

Kendall, David Evan

Klauber, Debra Potter

Klugh, Richard C.

Levine, Jonathan Edward

Levy, Joshua

Lipshultz, Zachary Andrew

Madaio, Michael T.

Markus, David Oscar

Martinez, Roberto

McNichols, John Marcus

Meeks, Katherine Moran

Mestitz, Michael

Middlebrooks, Honorable Donald M.

Monsour, Jr., Franklin George

Mook, Robert E.

Neuman, Sarah E.

Neustar Security Services

Neustar, Inc.

Ohr, Bruce

Ohr, Nellie

Olmedo-Rodriguez, Jennifer

Orbis Business Intelligence, Ltd.

Otterberg, April A.

Peacock, Benjamin

Perkins Coie LLP

Pettis, Eugene K.

Pinto, Paola

Podesta, John

Reines, Philippe

Reilly, Wendy B.

Roberts, Jared Joseph

Sainvil, Akiesha Renee Gilcrist

Sasso, James N.

Sasson, Jamie Alan

Schar, Reid J.

Schultz, Deborah Wasserman

Sigler, Geoffrey M.

Simpson, Glenn

Soto, Edward

Southall, Samantha

Steele, Christopher

Stekloff, Brian L.

Sullivan, Jake

Sussmann, Michael

Terrell, Stephen R.

Ticktin Law Group

Ticktin, Peter David

Trout, Robert P.

Trump, Donald J.

Turner, Katherine M.

Tyrrell, Steven

Warin, Francis Joseph

Wylie, John W.

# MOTION TO WITHDRAW AS COUNSEL FOR APPELLEES DEMOCRATIC NATIONAL COMMITTEE, DNC SERVICES CORPORATION, AND DEBORAH WASSERMAN SCHULTZ

Carmen Iguina González hereby moves this Court for an order permitting her to withdraw as counsel of record for Appellees Democratic National Committee, DNC Services Corporation, and Deborah Wasserman Schultz in the consolidated appeals and to remove her name from the list of CM/ECF notice recipients. Ms. Iguina González will be departing from Hecker Fink LLP on August 1, 2025. Neither this Court nor any party will be prejudiced by her withdrawal, and Appellees Democratic National Committee, DNC Services Corporation, and Deborah Wasserman Schultz will continue to be represented by Shawn G. Crowley and Anna Collins Peterson of Hecker Fink LLP.

Dated: July 31, 2025  Respectfully submitted,

*/s/ Carmen Iguina González*
Carmen Iguina González
Hecker Fink LLP
1050 K Street NW, Suite 1040
Washington, D.C. 20001
Tel: (212) 763-0883
ciguinagonzalez@heckerfink.com

Shawn G. Crowley
Anna Collins Peterson
Hecker Fink LLP
350 5th Avenue, 63rd Floor
New York, NY 10118
Tel: (212) 763-0883
scrowley@heckerfink.com
apeterson@heckerfink.com

*Attorneys for Democratic National Committee, DNC Services Corporation, and Debbie Wasserman Schultz*

# CERTIFICATE OF COMPLIANCE
# WITH TYPEFACE AND WORD-COUNT LIMITATIONS

1. This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27( d)(2)(A) because it contains 118 words, excluding the parts of the motion exempted by Federal Rules of Appellate Procedure 27(a)(2)(B) and (32)(f).

2. This motion complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5) and (a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point, Century Schoolbook font.

Dated: July 31, 2025 　　　　　　　　　　*/s/ Carmen Iguina González*
　　　　　　　　　　　　　　　　　　　　Carmen Iguina González

# CERTIFICATE OF SERVICE

I, Carmen Iguina González, counsel for Appellees Democratic National Committee, DNC Services Corporation, and Deborah Wasserman Schultz and a member of the Bar of this Court, certify that, on July 31, 2025, I caused the foregoing motion to be filed with the Clerk of this Court and served on all counsel of record via this Court's CM/ECF system.

Dated: July 31, 2025 /s/ *Carmen Iguina González*
Carmen Iguina González