IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

CASE NO.: 22-13410

DONALD J. TRUMP, ET AL.,

Appellants

v.

HILLARY R. CLINTON, ET AL.,

Appellees

**MOTION FOR LEAVE TO ENTER AN APPEARANCE AS CO-COUNSEL FOR APPELLANT DONALD J. TRUMP**

DATE: November 7, 2025

**BRITO, PLLC**
*Co-Counsel for Appellant*
*Donald J. Trump*
2121 Ponce de Leon Boulevard
Suite 650
Coral Gables, FL 33134
Office: 305-614-4071
Fax: 305-440-4385
By: /s/ *Alejandro Brito*
    **ALEJANDRO BRITO**
    Florida Bar No. 098442
    Primary: abrito@britopllc.com
    Secondary: apiriou@britopllc.com

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Appellant Donald J. Trump files this Certificate of Interested Persons and Corporate Disclosure Statement, listing the parties and entities interested in this appeal, as required by 11th Cir. R. 26.1.

ABC Corporations

Aytch, Enjolique Dion

Barry, Stephen

Barzee, William R.

Berkowitz, Sean M.

Berman, Joshua Adam

Binnall, Jesse R.

Bosworth, Michael S.

Brozinsky, Noah

Ceresney, Andrew J.

Clattenburg, Rachel

Clinesmith, Kevin

Clinton, Hillary R.

Comey, James

Crenny, Kevin P.

Crowley, Shawn Geovjian

Danchenko, Igor

Democratic National Committee

DNC Services Corporation

Does, John

Dolan, Jr., Charles Halliday

Doumar, George R.A.

Eisen, Allison

Elias, Marc

Epps, Alexandra N.

Erickson-Pogorzelski, Anthony

Fassbender, Diana Marie

Feldman, Maximillian

Fels, Adam Seth

Fritsch, Peter

Fusion GPS

Garcez, Isabela M.

Garza, Kathryn E.

Gillenwater, James E.

Gonzalez, Juan Antonio

Greenberg, Gerald Edward

Habba, Alina

Habba Madaio & Associates

Harrington, Howard J.

Hart, Nancy

HFAAC, Inc.

Houlihan, Michael F.

Hunt, Patrick, Honorable

Janda, Sean R.

Joffe, Rodney

Kaplan, Roberta A.

Kastrenakes, Eleni Sevasti

Kendall, David Evan

Kiyonaga, Paul Y.

Klauber, Debra

Letter, Douglas

Levine, Jonathan Edward

Levy, Joshua

Lipshultz, Zachary Andrew

Madaio, Michael T.

Markus, David Oscar

Martinez, Roberto

McCabe, Andrew

McCarthy, John

McNichols, John Marcus

Meeks, Katherine Moran

Mestitz, Michael

Middlebrooks, Hon. Donald M.

Monsour, Jr., Franklin George

Mook, Robert E.

Muha, Christopher

Neuman, Sarah E.

Neustar Security Services

Neustar, Inc.

Ohr, Bruce

Ohr, Nellie

Olmedo-Rodriguez, Jennifer

Orbis Business Intelligence, Ltd.

Otterberg, April A.

Page, Lisa

Peacock, Benjamin

Perkins Coie, LLC

Pettis, Eugene K.

Pinto, Paola

Pittard, William

Podesta, John

Reines, Phillipe

Reilly, Wendy B.

Roberts, Jared Joseph

Rosenstein, Rod

Sainvil, Akiesha Renee Gilcrist

Salzman, Joshua M

Sasson, Jamie Alan

Schar, Reid J.

Schiff, Adam

Schultz, Deborah Wasserman

Sigler, Geoffrey M.

Simpson, Glenn

Soto, Edward

Southall, Samantha

Steele, Christopher

Stekloff, Brian L.

Strzok, Peter

Sullivan, Jake

Sussman, Michael

Terrell, Stephen R.

The Ticktin Law Group

Ticktin, Peter David

Touhey, James G.

Trout, Robert P.

Trump, Pres. Donald J.

Turner, Katherine M.

Tyrrell, Steven

United States of America

Warin, Francis Joseph

Neustar, Inc. is a wholly owned subsidiary of TransUnion, which is a publicly traded entity at NYSE:TRU

## MOTION FOR LEAVE TO ENTER AN APPEARANCE AS <u>CO-COUNSEL FOR APPELLANT DONALD J. TRUMP</u>

Appellant Donald J. Trump ("Appellant") hereby moves this Court for leave for Alejandro Brito, Esq. of the law firm of Brito, PLLC to enter an appearance as co-counsel for Appellant. In furtherance of the instant Motion and pursuant to 11th Cir. R. 46-5, Appellant hereby attaches Mr. Brito's Appearance of Counsel form as Exhibit "A." With this Court's permission, Mr. Brito will present oral argument on Appellant's behalf on November 18, 2025.

WHEREFORE, the undersigned respectfully moves this Court for leave to appear as co-counsel for Appellant Donald J. Trump in this matter.

Date: November 7, 2025      Respectfully submitted,

        **BRITO, PLLC**
        *Co-Counsel for Appellant*
        *Donald J. Trump*
        2121 Ponce de Leon Boulevard
        Suite 650
        Coral Gables, FL 33134
        Office: 305-614-4071
        Fax: 305-440-4385

        By: */s/ Alejandro Brito*
        **ALEJANDRO BRITO**
        Florida Bar No. 098442
        Primary: abrito@britopllc.com
        Secondary: apiriou@britopllc.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2025, the foregoing motion was filed with the Clerk of Court via the court's electronic filing system and electronically served counsel of record.

        By: */s/ Alejandro Brito*

# CERTIFICATE OF COMPLIANCE
## WITH TYPEFACE AND WORD-COUNT LIMITATIONS

1. This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because this document contains 106 words.

2. This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point, Century Schoolbook font.

Date: November 7, 2025                By: */s/ Alejandro Brito*
                                      Alejandro Brito

# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Appearance of Counsel Form

**Attorneys who wish to participate in an appeal must be properly admitted either to the bar of this court or for the particular proceeding pursuant to 11th Cir. R. 46-1, et seq.** An attorney not yet properly admitted must file an appropriate application. In addition, all attorneys (except court-appointed counsel) who wish to participate in an appeal must file an appearance form within fourteen (14) days after notice is mailed by the clerk, or upon filing a motion or brief, whichever occurs first. Application forms and appearance forms are available at www.ca11.uscourts.gov.

**Please Type or Print**

Court of Appeals No. **22-13410**

**DONALD J. TRUMP, ET AL.,** vs. **HILLARY R. CLINTON, ET AL.,**

The Clerk will enter my appearance for these named parties or amici curiae (you must list all parties or amici; use extra pages if necessary):

**DONALD J. TRUMP**

These individuals/entities are:

[✓] appellant(s)   [ ] petitioner(s)   [ ] intervenor(s)
[ ] appellee(s)    [ ] respondent(s)   [ ] amicus curiae

[✓] The following related or similar cases are pending in this court:
**22-14099; 23-10387; 23-10536; 23-13177; 22-11955; 22-13791**

[ ] Check here if you are lead counsel.

I hereby certify that I am an active member in good standing of the state bar or the bar of the highest court of the state (including the District of Columbia) named below, and that my license to practice law in the named state is not currently lapsed for any reason, including but not limited to retirement, placement in inactive status, failure to pay bar membership fees or failure to complete continuing education requirements. I understand that I am required to notify the Clerk of this court within 14 days of any changes in the status of my state bar memberships. *See* 11th Cir. R. 46-7.

State Bar: **FLORIDA**   State Bar No.: **098442**

Signature: **/s/ Alejandro Brito**
Name (type or print): **Alejandro Brito**   Phone: **305-614-4071**
Firm/Govt. Office: **Brito, PLLC**   E-mail: **Abrito@britopllc.com**
Street Address: **2121 Ponce de Leon Blvd, 650**   Fax: **305-440-4385**
City: **Coral Gables**   State: **FL**   Zip: **33134**

Revised 12/21

**EXHIBIT A**